# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 4:12-cv-154-D |
| Taylor Finishing, Inc., Mr. Donald Taylor, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Taylor Finishing, Inc.
> c/o Donald Taylor, officer
> 498 E. Pleasant Hill Rd.
> Pink Hill, NC, 28572-8719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stanley B. Green
> Strauch Fitzgerald & Green, P.C.
> 118 S. Cherry Street
> Winston-Salem, NC 27101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE A. RICHARDS, CLERK

*CLERK OF COURT*

Date: 7-30-2012

*Signature of Clerk or Deputy Clerk*

Civil Summons
12CV154D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:12-cv-154-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Taylor Finishing inc C/o Donald Taylor
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Donald Taylor , who is
designated by law to accept service of process on behalf of *(name of organization)* Taylor Finishing inc
on *(date)* 8/2/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/2/2012

C.B. Heath 1982
Server's signature

C.B. Heath 1982
Printed name and title

130. S. Queen St Kinston N.C. 28501
Server's address

Additional information regarding attempted service, etc:

RECEIVED AUG - 2 2012