# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> Taylor Finishing, Inc., Mr. Donald Taylor, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn <br><br> *Defendant(s)* | Civil Action No. 4:12-cv-154 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frederick A. McLawhorn
5909 Highway 17 South
New Bern, NC 28562

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stanley B. Green
Strauch Fitzgerald & Green, P.C.
118 S. Cherry Street
Winston-Salem, NC 27101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE A. RICHARDS, CLERK

CLERK OF COURT

Date: 7-30-2012

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:12-cv-154-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frederick A. McLawhorn
was received by me on *(date)* 8-15-12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Jane McLawhorn (Mother) , a person of suitable age and discretion who resides there,
on *(date)* 8-16-12 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Frederick A. McLawhorn & Aaron McLawhorn "Same Person"

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-16-12

C Belanger 1731257
*Server's signature*

C Belanger
*Printed name and title*

1100 Clarks Road New Bern NC
*Server's address*

Additional information regarding attempted service, etc: