IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO.: 4:12-cv-00154-D

| | | |
|---|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., Plaintiffs | ) ) ) ) ) ) ) | |
| v. | ) ) ) | NOTICE OF APPEARANCE OF FRANK H. SHEFFIELD, JR. |
| TAYLOR FINISHING, INC., DONALD TAYLOR, FREDERICK A. MCLAWHORN, JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, Defendants | ) ) ) ) ) | |

Frank H. Sheffield, Jr., Esq. of the firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action on behalf of Defendant Donald Taylor doing business as Taylor Finishing and on behalf of Defendant Taylor Finishing, Inc., which does not exist as a corporation or corporate legal entity.

This the 21st day of August, 2012.

*/s/ Frank H. Sheffield, Jr.*
Frank H. Sheffield, Jr.
N.C. State Bar I.D. No.: 016398
email: fhs@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Defendants Donald Taylor and
Taylor Finishing, Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on August 21, 2012, I electronically filed a NOTICE OF APPEARANCE OF FRANK H. SHEFFIELD, JR. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Plaintiffs North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc., c/o their attorneys of record, Stanley B. Green, Esq.

       */s/ Frank H. Sheffield, Jr.*
Frank H. Sheffield, Jr.
N.C. State Bar I.D. No.: 016398
email: fhs@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Defendants Donald Taylor and
  Taylor Finishing, Inc.

121108-00001
ND: 4846-5121-7936, v. 2