IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO.: 4:12-cv-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., <br>     Plaintiffs <br><br> v. <br><br> TAYLOR FINISHING, INC., DONALD TAYLOR, FREDERICK A. MCLAWHORN, JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, <br>     Defendants | NOTICE OF APPEARANCE OF DONALT J. EGLINTON |

Donalt J. Eglinton, Esq. of the firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action on behalf of Defendant Donald Taylor doing business as Taylor Finishing and on behalf of Defendant Taylor Finishing, Inc., which does not exist as a corporation or corporate legal entity.

This the 21st day of August, 2012.

                                    */s/ Donalt J. Eglinton*
                                    Donalt J. Eglinton
                                    N.C. State Bar I.D. No.: 010314
                                    email: dje@wardandsmith.com
                                    For the firm of
                                    Ward and Smith, P.A.
                                    Post Office Box 867
                                    New Bern, NC  28563-0867
                                    Telephone:  252.672.5400
                                    Facsimile:  252.672.5477
                                    Attorneys for Defendants Donald Taylor and
                                      Taylor Finishing, Inc.

CERTIFICATE OF SERVICE

        I hereby certify that on August 21, 2012, I electronically filed a NOTICE OF APPEARANCE OF DONALT J. EGLINTON with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Plaintiffs North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc., c/o their attorneys of record, Stanley B. Green, Esq.

> */s/ Donalt J. Eglinton*
> Donalt J. Eglinton
> N.C. State Bar I.D. No.: 010314
> email: dje@wardandsmith.com
> For the firm of
> Ward and Smith, P.A.
> Post Office Box 867
> New Bern, NC 28563-0867
> Telephone: 252.672.5400
> Facsimile: 252.672.5477
> Attorneys for Defendants Donald Taylor and
>   Taylor Finishing, Inc.

121108-00001
ND: 4825-0425-8576, v. 1