IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:12-cv-154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., <br>        Plaintiffs <br><br>v. <br><br>TAYLOR FINISHING, INC., MR. DONALD TAYLOR, MR. FREDERICK A. MCLAWHORN, MR. JUSTICE T. MCLAWHORN, and MR. AARON MCLAWHORN, <br>        Defendants | DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION |

Defendant Taylor Finishing, Inc., which does not exist as a corporation or corporate legal entity, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (X) No

2. Does party have any parent corporations?

    ( ) Yes          (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes          (X) No

    If yes, identify all such owners: _____.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes    (X) No

If yes, identify entity and nature of interest: _____.

5. Is the corporation a trade association?

    ( ) Yes    (X) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: _____.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: _____.

This the 21st day of August, 2012.

*/s/Frank H. Sheffield, Jr.*
Frank H. Sheffield, Jr.
N.C. State Bar I.D. No.: 016398
email: fhs@wardandsmith.com
Amy P. Wang
N.C. State Bar I.D. No.: 023322
E-mail: apw@wardandsmith.com
Donalt J. Eglinton
N.C. State Bar I.D. No.: 010314
email: dje@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Defendants Donald Taylor and
  Taylor Finishing, Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on August 21, 2012, I electronically filed DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Plaintiffs North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc., c/o their attorneys of record, Stanley B. Green, Esq.

       /s/Frank H. Sheffield, Jr.
       Frank H. Sheffield, Jr.
       N.C. State Bar I.D. No.: 016398
       email: fhs@wardandsmith.com
       For the firm of
       Ward and Smith, P.A.
       Post Office Box 867
       New Bern, NC 28563-0867
       Telephone: 252.672.5400
       Facsimile: 252.672.5477
       Attorneys for Defendants Donald Taylor and
         Taylor Finishing, Inc.

121108-00001
ND: 4852-7198-2864, v. 1