IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:12-cv-154-D

NORTH CAROLINA ENVIRONMENTAL ) 
JUSTICE NETWORK, NEUSE )
RIVERKEEPER FOUNDATION, INC., and )
WATERKEEPER ALLIANCE, INC., )
         Plaintiffs )
  )
     v. )
  )
TAYLOR FINISHING, INC., MR. )
DONALD TAYLOR, MR. FREDERICK A. )
MCLAWHORN, MR. JUSTICE T. )
MCLAWHORN, and MR. AARON )
MCLAWHORN, )
        Defendants )

DISCLOSURE OF CORPORATE
AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT
FINANCIAL INTEREST IN
LITIGATION

Defendant Donald Taylor, doing business as Taylor Finishing, makes the following

disclosures:

1.     Is party a publicly held corporation or other publicly held entity?

     ( ) Yes         (X) No

2.     Does party have any parent corporations?

     ( ) Yes         (X) No

If yes, identify all parent corporations, including grandparent and great-grandparent

corporations: _____.

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly

held entity?

     ( ) Yes         (X) No

If yes, identify all such owners: _____.

4.      Is there any other publicly held corporation or other publicly held entity that has a direct

financial interest in the outcome of the litigation?

        ( ) Yes                 (X) No

If yes, identify entity and nature of interest:  _____.

5.      Is the corporation a trade association?

        ( ) Yes                 (X) No

If yes, identify all members of the association, their parent corporations, and any publicly

held companies that own 10% or more of a member's stock:  _____.

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any

creditor's committee:  _____.

        This the 21st day of August, 2012.


                        */s/Frank H. Sheffield, Jr.*
                        Frank H. Sheffield, Jr.
                        N.C. State Bar I.D. No.:  016398
                        email:  fhs@wardandsmith.com
                        Amy P. Wang
                        N.C. State Bar I.D. No.:  023322
                        E-mail: apw@wardandsmith.com
                        Donalt J. Eglinton
                        N.C. State Bar I.D. No.:  010314
                        email:  dje@wardandsmith.com
                        For the firm of
                        Ward and Smith, P.A.
                        Post Office Box 867
                        New Bern, NC  28563-0867
                        Telephone:  252.672.5400
                        Facsimile:  252.672.5477
                        Attorneys for Defendants Donald Taylor and
                          Taylor Finishing, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2012, I electronically filed DISCLOSURE OF

CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL

INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:  Plaintiffs North Carolina Environmental Justice

Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc., c/o their attorneys of

record, Stanley B. Green, Esq.

*/s/Frank H. Sheffield, Jr.*
Frank H. Sheffield, Jr.
N.C. State Bar I.D. No.:  016398
email:  fhs@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  252.672.5400
Facsimile:  252.672.5477
Attorneys for Defendants Donald Taylor and
  Taylor Finishing, Inc.

121108-00001
ND: 4841-1638-6576, v. 1