IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO.: 4:12-cv-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., Plaintiffs v. TAYLOR FINISHING, INC., DONALD TAYLOR, FREDERICK A. MCLAWHORN, JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, Defendants | NOTICE OF APPEARANCE OF AMY P. WANG |

      Amy P. Wang, Esq. of the firm of Ward and Smith, P.A. hereby provides notice that she is entering an appearance as counsel of record in this action on behalf of Defendant Donald Taylor doing business as Taylor Finishing and on behalf of Defendant Taylor Finishing, Inc., which does not exist as a corporation or corporate legal entity.

      This the 22nd day of August, 2012.

                                            */s/ Amy P. Wang*
                                            Amy P. Wang
                                            N.C. State Bar I.D. No.: 023322
                                            email: apw@wardandsmith.com
                                            For the firm of
                                            Ward and Smith, P.A.
                                            Post Office Box 867
                                            New Bern, NC 28563-0867
                                            Telephone: 252.672.5400
                                            Facsimile: 252.672.5477
                                            Attorneys for Defendants Donald Taylor and
                                              Taylor Finishing, Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on August 22, 2012, I electronically filed a NOTICE OF APPEARANCE OF AMY P. WANG with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Plaintiffs North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc., c/o their attorneys of record, Stanley B. Green, Esq.

*/s/ Amy P. Wang*
Amy P. Wang
N.C. State Bar I.D. No.: 023322
email: apw@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Defendants Donald Taylor and
  Taylor Finishing, Inc.

121108-00001
ND: 4840-3078-8624, v. 2