IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:12-cv-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., <br> Plaintiffs <br><br> v. <br><br> TAYLOR FINISHING, INC., DONALD TAYLOR, FREDERICK A. MCLAWHORN, JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, <br> Defendants | ORDER |

THIS CAUSE came on to be heard and was heard by the undersigned Clerk on Motion of Defendant Donald Taylor doing business as Taylor Finishing and Defendant Taylor Finishing, Inc., which does not exist as a corporation or corporate legal entity, (referred to collectively as "Taylor"), for an Order enlarging the time in which to serve responsive motions or pleadings to Plaintiffs' Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; and it appearing to the Court that the time allowed has not expired and, therefore, the Motion should be granted;

IT IS, THEREFORE, ORDERED that the time for serving responsive motions or pleadings by Taylor to Plaintiffs' Complaint be extended to and including the 13th day of September, 2012.

This the 22nd day of August, 2012.

for _____
JULIE A. RICHARDS, CLERK