UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

**North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**

Plaintiffs,

v.

**Taylor Finishing, Inc., Mr. Donald Taylor, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**

Defendants.

**Civil Action No. 4:12-cv-154**
**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, NY 10022, is authorized to practice in this court pursuant to Local Rule 83.1, and hereby appears in the case captioned above on behalf of Plaintiff North Carolina Environmental Justice Network. The undersigned respectfully requests that notice of electronic filing of all papers in the action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Debevoise & Plimpton LLP

By: /s/ Chinelo E. Diké-Minor
Chinelo E. Diké-Minor
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6675
cedike@debevoise.com
New York State Bar No. 4564787
*Attorney for Plaintiff NCEJN*

/s/ Stanley B. Green
Strauch Fitzgerald & Green
118 So. Cherry St
Winston-Salem, NC 27101
(336) 837-1064
sgreen@sfandglaw.com
North Carolina State Bar No. 25539
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*

TO: Frank H. Sheffield Jr.
Ward and Smith, P.A.
1001 College Court
New Bern, NC 28563-0867
*Attorney for Defendants Taylor Finishing, Inc. and Donald Taylor*

Mr. Frederick A. McLawhorn
Mr. Aaron McLawhorn
Mr. Justin T. McLawhorn
McLawhorn Livestock Farm, Inc. (Banks)
5909 Highway 17 South
New Bern, NC 28562

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an attorney at law and is admitted to practice in the State of New York, is attorney for defendants and is a person of such age and discretion as to be competent to serve process.

**That on August 24, 2012, he/she served a copy of the foregoing NOTICE OF APPEARANCE via electronic filing through the Eastern District North Carolina CM/ECF system which will send notification of such filing to the following parties:**

Frank Sheffield
Amy P. Wang
Donalt T. Eglinton
Ward & Smith, PA
P.O. Box 867
New Bern, NC 28563-0867
fhs@wardandsmith.com
dge@wardandsmith.com
apw@wardandsmith.com
*Attorneys for Defendant Donald Taylor and Taylor Finishing Inc.*

**That on August 24, 2012, he/she served a copy of the foregoing document on the following parties or their counsel of record as hereinafter named by placing said copy in a postage prepaid envelope and by depositing said envelope and its contents in the United States Mail at New York, New York:**

Mr. Frederick Aaron McLawhorn
Mr. Justin T. McLawhorn
5909 Highway 17 South
New Bern, NC 28562
*Pro Se Defendants*

/s/
Bethany A. Davis Noll
NYS Bar No. 4541116
Chinelo E. Diké-Minor
NYS Bar No. 4564787
Michael T. Leigh
NYS Bar No. 4873394
Kimberly R. Barnashuk
NYS Bar No. 5055561 (*of counsel*)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
badavisn@debevoise.com
cedike@debevoise.com
mtleigh@debevoise.com
krbarnas@debevoise.com
*Counsel for Plaintiff North Carolina Environmental Justice Network*