UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.4:12-CV-00154-D

| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.** ) ) ) ) Plaintiffs, ) ) v. ) ) ) **Mr. Donald Taylor and Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,** ) ) ) ) ) Defendants. ) | **NOTICE OF VOLUNTARY DISMISSAL AS TO TAYLOR FINISHING INC. ONLY** |

Pursuant to F.R.C.P. 41(a)(1), and upon representation of counsel for Donald Taylor that Taylor Finishing, Inc. does not exist as a corporate entity, Plaintiff hereby issues and files this Notice of Dismissal dismissing the above-entitled action as to only Taylor Finishing, Inc. without prejudice and without costs; all claims against the remaining above-listed defendants remain pending and all claims against any party that does business as Taylor Finishing remain pending.

Dated: New York, New York
      August 31, 2012

Respectfully submitted,

 /s/   Bethany Davis Noll
Bethany A. Davis Noll, NYS Bar No. 4541116
Chinelo E. Diké-Minor, NYS Bar No. 4564787
Michael T. Leigh, NYS Bar No. 4873394
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
badavisn@debevoise.com
cedike@debevoise.com
mtleigh@debevoise.com
*Counsel for Plaintiff NCEJN*

/s/   Kelly H. Foster
Kelly H. Foster
Waterkeeper Alliance, P.O. Box 4483
Tulsa, Oklahoma  74159
(918) 619-9073; kfoster@waterkeeper.org
Oklahoma State Bar No. 17067
*Counsel for Plaintiffs Waterkeeper Alliance,
Inc.; Neuse RiverKeeper Foundation*

 /s/   Stanley B. Green
Stanley B. Green
Strauch Fitzgerald & Green
118 So. Cherry St
Winston-Salem, NC  27101
(336) 837-1064; sgreen@sfandglaw.com
North Carolina State Bar No. 25539
*Local Civil Rule 83.1 Counsel for All Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he is an attorney at law and is admitted to practice in the state of North Carolina, is attorney for plaintiffs, and is a person of such age and discretion as to be competent to serve process.

      That on the 31st day of August he served a copy of the foregoing Notice of Voluntary Dismissal as to Taylor Finishing, Inc. Only via electronic filing through the Eastern District North Carolina CM/ECF system which will send notification of such filing to the following parties:

Frank Sheffield
Amy P. Wang
Donalt T. Eglinton
Ward & Smith, PA
P.O. Box 867
New Bern, NC  28563-0867
fhs@wardandsmith.com
dge@wardandsmith.com
apw@wardandsmith.com
*Attorneys for Defendant Donald Taylor
and Taylor Finishing Inc.*

      That on August 31, 2012, he/she served a copy of the foregoing document on the following parties or their counsel of record as hereinafter named by placing said copy in a postage prepaid envelope and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina:

Mr. Frederick Aaron McLawhorn
Mr. Justin T. McLawhorn
5909 Highway 17 South
New Bern, NC 28562
*Pro Se Defendants*

      /s/   Stanley B. Green
Stanley B. Green
Strauch Fitzgerald & Green
118 So. Cherry St
Winston-Salem, NC  27101
(336) 837-1064; sgreen@sfandglaw.com
North Carolina State Bar No. 25539
*Local Civil Rule 83.1 Counsel for All Plaintiffs*