UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL ) <br> JUSTICE NETWORK, NEUSE ) <br> RIVERKEEPER FOUNDATION, INC., ) <br> and WATERKEEPER ALLIANCE, INC., ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TAYLOR FINISHING, INC., DONALD ) <br> TAYLOR, FREDERICK A. ) <br> MCLAWHORN, JUSTIN T. ) <br> MCLAWHORN and AARON ) <br> MCLAWHORN, ) <br>     Defendants. ) | **NOTICE OF APPEARANCE** |

**COMES NOW** John W. King, Jr. of the firm of Stubbs & Perdue, P.A., and hereby gives notice of his appearance as the attorney of record for Defendants Frederick A. McLawhorn, Justin T. McLawhorn, and Aaron McLawhorn.

This 6th day of September, 2012.

    /s/ John W. King, Jr.
    JOHN W. KING, Jr.
    N.C. State Bar No. 9306
    STUBBS & PERDUE, P.A.
    Post Office Box 1654
    New Bern, North Carolina 28563-1654
    Telephone: (252) 633-2700
    Facsimile: (252) 633-9600
    Email: jking@stubbsperdue.com
    *Attorney for Defendants Frederick A. McLawhorn,*
    *Justin T. Mclawhorn, and Aaron McLawhorn*

# CERTIFICATE OF SERVICE

I, John W. King, Jr. Post Office Box 1654, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 6th day of September, 2012, I served copies of the foregoing pleading on the parties shown below as indicated. I certify under penalty of perjury that the foregoing is true and correct.

This 6th day of September, 2012.

/s/ John W. King, Jr.
JOHN W. KING, Jr.
N.C. State Bar No. 9306
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, North Carolina 28563-1654
Telephone: (252) 633-2700
Facsimile: (252) 633-9600
Email: jking@stubbsperdue.com
*Attorney for Defendants Frederick A. McLawhorn,
Justin T. Mclawhorn, and Aaron McLawhorn*

*Via CM/ECF:*

Bethany Davis Noll
Chinelo E. Diké-Minor
Michael T. Leigh
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Attorneys for Plaintiff North Carolina
Environmental Justice Network*

Kelly H. Foster
Waterkeeper Alliance
P. O. Box 4483
Tulsa, OK 74159
*Attorney for Plaintiffs Waterkeeper Alliance,
Inc. and Neuse Riverkeeper Foundation, Inc.*

Stanley B. Green
Strauch Fitzgerald & Green, P.C.
118 South Cherry St.
Winston-Salem, NC 27101
*Attorney for Plaintiffs North Carolina
Environmental Justice Network,
Waterkeeper Alliance, Inc. and Neuse
Riverkeeper Foundation, Inc.*

Amy P. Wang
Frank H. Sheffield, Jr.
Donalt J. Eglington
Ward and Smith, P.A.
PO Box 867
New Bern, NC 28563-0867
*Attorneys for Defendants Donald Taylor
and Taylor Finishing, Inc*