UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL ) <br> JUSTICE NETWORK, NEUSE ) <br> RIVERKEEPER FOUNDATION, INC., ) <br> and WATERKEEPER ALLIANCE, INC., ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> TAYLOR FINISHING, INC., DONALD ) <br> TAYLOR, FREDERICK A. ) <br> MCLAWHORN, JUSTIN T. ) <br> MCLAWHORN and AARON ) <br> MCLAWHORN, ) <br>     Defendants. ) | **ORDER** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Frederick A. McLawhorn, Justin T. McLawhorn, and Aaron McLawhorn's Motion for Extension of Time is GRANTED, and Defendants are given to and including September 27, 2012 within which to serve a responsive pleading to Plaintiffs' Complaint.

Dated: September 10, 2012.

for _____
Julie A. Richards, Clerk
United States District Court
Eastern District of North Carolina