UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL ) <br> JUSTICE NETWORK, NEUSE ) <br> RIVERKEEPER FOUNDATION, INC., ) <br> and WATERKEEPER ALLIANCE, INC., ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DONALD TAYLOR, FREDERICK A. ) <br> MCLAWHORN, JUSTIN T. ) <br> MCLAWHORN and AARON ) <br> MCLAWHORN, ) <br> Defendants. ) | **NOTICE OF APPEARANCE** |

    **COMES NOW** Lars P. Simonsen of Simonsen Law Firm, P.C., and hereby gives notice of his appearance as the attorney of record for Defendants Frederick A. McLawhorn, Justin T. McLawhorn, and Aaron McLawhorn.

    This 11th day of September, 2012.

                                                      */s/ Lars P. Simonsen*
                                                      Lars P. Simonsen
                                                      N. C. Bar No. 17602
                                                      SIMONSEN LAW FIRM, P.C.
                                                      Post Office Box 848
                                                      Edenton, NC  27932
                                                      Telephone: (252) 482-2175
                                                      Facsimile: (252) 482-1355
                                                      E-mail: lars@simonsenlawfirm.com
                                                      *Attorney for Defendants Frederick A. McLawhorn,*
                                                      *Justin T. Mclawhorn, and Aaron McLawhorn*

# CERTIFICATE OF SERVICE

I, Lars P. Simonsen certify that on the 11th day of September, 2012, I served copies of the foregoing pleading on the parties shown below as indicated.

This 6th day of September, 2012.

/s/ Lars P. Simonsen
Lars P. Simonsen
N. C. Bar No. 17602
SIMONSEN LAW FIRM, P.C.
Post Office Box 848
Edenton, NC 27932
Telephone: (252) 482-2175
Facsimile: (252) 482-1355
E-mail: lars@simonsenlawfirm.com
*Attorney for Defendants Frederick A. McLawhorn, Justin T. Mclawhorn, and Aaron McLawhorn*

*Via CM/ECF:*

Bethany Davis Noll
Chinelo E. Diké-Minor
Michael T. Leigh
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Attorneys for Plaintiff North Carolina Environmental Justice Network*

Ms. Amy P. Wang
Mr. Frank H. Sheffield, Jr.
Mr. Donalt J. Eglinton
Ward and Smith, P.A.
P. O. Box 867
New Bern, NC 28563-0867
*Attorney for Defendant Donald Taylor*

Stanley B. Green
Strauch Fitzgerald & Green, P.C.
118 South Cherry St.
Winston-Salem, NC 27101
*Attorney for Plaintiffs North Carolina Environmental Justice Network, Waterkeeper Alliance, Inc. and Neuse Riverkeeper Foundation, Inc.*

Kelly H. Foster
Waterkeeper Alliance
P. O. Box 4483
Tulsa, OK 74159
*Attorney for Plaintiffs Waterkeeper Alliance Inc., and Neuse River Foundation, Inc.*

John W. King, Jr.
Stubbs & Perdue, P.A.
Post Office Box 1654
New Bern, North Carolina 28563-1654
*Attorney for Defendants Frederick A. McLawhorn, Justin T. Mclawhorn, and Aaron McLawhorn*