IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.**

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) ) |
| vs | ) ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

_____ who is _____,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES              NO

2. Does party have any parent corporations?

    YES              NO

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES              NO

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

  YES        NO

If yes, identify entity and nature of interest:


5. Is party a trade association?

  YES        NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:


              Signature: _____

              Date:    _____