|  |  |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**<br><br>                                     Plaintiffs,<br><br>v.<br><br>**Mr. Donald Taylor and Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**<br><br>                                     Defendants. |  |

**DECLARATION OF BETHANY A. DAVIS NOLL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TAYLORS' MOTION TO DISMISS**

DEBVOISE & PLIMPTON LLP
Bethany A. Davis Noll
Chinelo E. Diké-Minor
Michael T. Leigh
919 Third Avenue
New York, NY  10022
*Counsel for Plaintiff*
*North Carolina Environmental Justice Network*

WATERKEEPER ALLIANCE, INC.
Kelly H. Foster
P.O. Box 4483
Tulsa, OK  74159
*Counsel for Plaintiffs Waterkeeper Alliance, Inc.; Neuse RiverKeeper Foundation*

STRAUCH, FITZGERALD & GREEN
Stanley B. Green
Lee Knight Caffery
118 So. Cherry Street
Winston-Salem, NC  27101
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*

I, Bethany A. Davis Noll, declare as follows:

1. I am associated with the law firm of Debevoise & Plimpton LLP, counsel to Plaintiff North Carolina Environmental Justice Network, and am resident in the firm's New York office.

2. I file this declaration in support of Plaintiffs' Opposition to Taylors' Motion to Dismiss.

3. In support of this Motion, I attach true and correct copies of the following exhibits:

| No. | Exhibit |
|---|---|
| 1. | Letter from North Carolina Dep't of Env't and Natural Resources Enclosing Certificate of Coverage No. AWG100000 for Taylor Finishing in Jones County, dated February 4, 2011. |
| 2. | Letter from Frank H. Sheffield, Jr. to Stanley B. Green, Esq., dated August 24, 2012. |
| 3. | North Carolina Division of Water Quality, Aquifer Protection Section Compliance Inspection for the Farm "McLawhorn Livestock Farm (Banks)" and Owner "Donald Taylor," dated February 4, 2011. |
| 4. | Plan of Action for High Freeboard at Animal Facilities for the "Banks Farm" submitted by Donald Taylor, dated January 26, 2011. |
| 5. | Plan of Action for High Freeboard at Animal Facilities for "Banks Farm" submitted by Donald Taylor, dated September 27, 2011. |
| 6. | Letter from Donald and Annie Taylor to Parties Giving Notice, dated January 28, 2011. |
| 7. | Confidential Settlement Communications Agreement, dated April 1, 2011. |

*   *   *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 9, 2012

                                              /s/ Bethany A. Davis Noll

                                              Bethany A. Davis Noll