# Exhibit 2

**WARD AND SMITH, P.A.**                    FRANK H. SHEFFIELD, JR., Attorney at Law

1001 College Court (28562)                                          P: 252.672.5507
Post Office Box 867                                                 F: 252.672.5477
New Bern, NC 28563-0867                                      fhs@wardandsmith.com

August 24, 2012

<u>VIA EMAIL</u>
<u>ORIGINAL VIA U.S. MAIL</u>

Stanley B. Green, Esq.
Strauch Fitzgerald & Green, P.C.
118 South Cherry Street
Winston-Salem, NC 27101

RE:   *North Carolina Environmental*
        *Justice Network, et al. v. Taylor Finishing, et al.*
      Court File 4:12-cv-154-D (USDC EDNC)
      Our File 040232-00002

Dear Stan:

You may be aware that I recently spoke with your assistant, Chelsea, regarding this matter. In this regard, I provide this letter as a confirmation of that conversation.

The Complaint which your clients have filed names "Taylor Finishing, Inc." as a Defendant. "Taylor Finishing, Inc." does not exist as a corporation or a corporate legal entity. In light of this, I invite you to voluntarily dismiss "Taylor Finishing, Inc." from this lawsuit. If you do not do so, our client will have little, if any, option but to make a motion to have "Taylor Finishing, Inc." involuntarily dismissed which will result in us asking the Court for an award of attorneys' fees. I trust that you understand the strength of our client's resolve in this matter.

I will be out of the office from August 27 until September 10, 2012. Therefore, please let Amy Wang or Don Eglinton, two of my law partners, know whether you will agree to dismiss "Taylor Finishing, Inc." from this lawsuit by Friday, August 31, 2012. They both can be reached by dialing (252) 672-5400.

We very much appreciate your consideration of this matter. We will await your reply.

Yours very truly,

*Frank Sheffield*

Frank H. Sheffield, Jr.

ND: 4846-6217-4736, v. 1
cc:   Mr. Donald E. Taylor
      Amy P. Wang, Esq.
      Donalt J. Eglinton, Esq.