# Exhibit 3

| Facility Number | 52 - 2 | ● Division of Water Quality<br>○ Division of Soil and Water Conservation<br>○ Other Agency _____ |

| Type of Visit | ● Compliance Inspection | ○ Operation Review | ○ Structure Evaluation | ○ Technical Assistance |
| Reason for Visit | ● Routine | ○ Complaint | ○ Follow up | ○ Referral | ○ Emergency | ○ Other | ☐ Denied Access |

Date of Visit: 2-4-11   Arrival Time: 1:10 pm   Departure Time: _____   County: Jones   Region: WaRO

Farm Name: McLawhorn Livestock Farm (Banks)   Owner Email: _____

Owner Name: Donald Taylor   Phone: _____

Mailing Address: _____

Physical Address: _____

Facility Contact: David Anderson   Title: _____   Phone No: _____

Onsite Representative: David Anderson   Integrator: Murphy

Certified Operator: Donald Taylor   Operator Certification Number: _____

Back-up Operator: _____   Back-up Certification Number: _____

Location of Farm:   Latitude: ☐° ☐' ☐"   Longitude: ☐° ☐' ☐"

| Swine | Design Capacity | Current Population | Wet Poultry | Design Capacity | Current Population | Cattle | Design Capacity | Current Population |
|---|---|---|---|---|---|---|---|---|
| ☐ Wean to Finish | | | ☐ Layer | | | ☐ Dairy Cow | | |
| ☒ Wean to Feeder | 4380 | 0 | ☐ Non-Layer | | | ☐ Dairy Calf | | |
| ☒ Feeder to Finish | 10320 | 10200 | | | | ☐ Dairy Heifer | | |
| ☐ Farrow to Wean | | | **Dry Poultry** | | | ☐ Dry Cow | | |
| ☐ Farrow to Feeder | | | | | | ☐ Non-Dairy | | |
| ☐ Farrow to Finish | | | ☐ Layers | | | ☐ Beef Stocker | | |
| ☐ Gilts | | | ☐ Non-Layers | | | ☐ Beef Feeder | | |
| ☐ Boars | | | ☐ Pullets | | | ☐ Beef Brood Cow | | |
| **Other** | | | ☐ Turkeys | | | | | |
| ☐ Other | | | ☐ Turkey Poults | | | | | |
| | | | ☐ Other | | | | | |

Number of Structures: 3

### Discharges & Stream Impacts

1. Is any discharge observed from any part of the operation?   ☐ Yes ☒ No ☐ NA ☐ NE

   Discharge originated at:   ☐ Structure   ☐ Application Field   ☐ Other

   a. Was the conveyance man-made?   ☐ Yes ☐ No ☐ NA ☐ NE

   b. Did the discharge reach waters of the State? (If yes, notify DWQ)   ☐ Yes ☐ No ☐ NA ☐ NE

   c. What is the estimated volume that reached waters of the State (gallons)?   ☐

   d. Does discharge bypass the waste management system? (If yes, notify DWQ)   ☐ Yes ☐ No ☐ NA ☐ NE

2. Is there evidence of a past discharge from any part of the operation?   ☐ Yes ☒ No ☐ NA ☐ NE

3. Were there any adverse impacts or potential adverse impacts to the Waters of the State other than from a discharge?   ☐ Yes ☒ No ☐ NA ☐ NE

Facility Number: 52 - 2    Date of Inspection: 2-4-11

## Waste Collection & Treatment

4. Is storage capacity (structural plus storm storage plus heavy rainfall) less than adequate? ☑ Yes ☐ No ☐ NA ☐ NE
   a. If yes, is waste level into the structural freeboard? ☑ Yes ☐ No ☐ NA ☐ NE

|  | Structure 1 | Structure 2 | Structure 3 | Structure 4 | Structure 5 | Structure 6 |
|---|---|---|---|---|---|---|
| Identifier: | 3 | 2 | 1 | | | |
| Spillway?: | | | | | | |
| Designed Freeboard (in): | | | | | | |
| Observed Freeboard (in): | 12 | 12 | 18 | | | |

5. Are there any immediate threats to the integrity of any of the structures observed? (ie/ large trees, severe erosion, seepage, etc.) ☐ Yes ☑ No ☐ NA ☐ NE
6. Are there structures on-site which are not properly addressed and/or managed through a waste management or closure plan? ☐ Yes ☑ No ☐ NA ☐ NE

**If any of questions 4-6 were answered yes, and the situation poses an immediate public health or environmental threat, notify DWQ**

7. Do any of the structures need maintenance or improvement? ☐ Yes ☑ No ☐ NA ☐ NE
8. Do any of the stuctures lack adequate markers as required by the permit? (Not applicable to roofed pits, dry stacks and/or wet stacks) ☐ Yes ☑ No ☐ NA ☐ NE
9. Does any part of the waste management system other than the waste structures require maintenance or improvement? ☐ Yes ☑ No ☐ NA ☐ NE

## Waste Application

10. Are there any required buffers, setbacks, or compliance alternatives that need maintenance/improvement? ☐ Yes ☑ No ☐ NA ☐ NE
11. Is there evidence of incorrect application? If yes, check the appropriate box below. ☐ Yes ☑ No ☐ NA ☐ NE
    ☐ Excessive Ponding  ☐ Hydraulic Overload  ☐ Frozen Ground  ☐ Heavy Metals (Cu, Zn, etc.)
    ☐ PAN  ☐ PAN > 10% or 10 lbs  ☐ Total Phosphorus  ☐ Failure to Incorporate Manure/Sludge into Bare Soil
    ☐ Outside of Acceptable Crop Window  ☐ Evidence of Wind Drift  ☐ Application Outside of Area
12. Crop type(s): Wheat, Corn, SB
13. Soil type(s): Nahunta, Craven, Grantham
14. Do the receiving crops differ from those designated in the CAWMP? ☐ Yes ☑ No ☐ NA ☐ NE
15. Does the receiving crop and/or land application site need improvement? ☐ Yes ☑ No ☐ NA ☐ NE
16. Did the facility fail to secure and/or operate per the irrigation design or wettable acre determination? ☐ Yes ☑ No ☐ NA ☐ NE
17. Does the facility lack adequate acreage for land application? ☐ Yes ☑ No ☐ NA ☐ NE
18. Is there a lack of properly operating waste application equipment? ☐ Yes ☑ No ☐ NA ☐ NE

**Comments (refer to question #):** Explain any YES answers and/or any recommendations or any other comments. Use drawings of facility to better explain situations. (use additional pages as necessary):

SOC & Permit from previous owner in records

Waste Analysis 1-27-11  3.3  1.6  .97

*Small Grain (Wheat) coming up & established

Reviewer/Inspector Name: Megan H. Stilley    Phone: 948-3947
Reviewer/Inspector Signature: [signature]    Date: 2-4-11

| Facility Number: 52-2 | Date of Inspection: 2-4-11 |

**Required Records & Documents**

19. Did the facility fail to have Certificate of Coverage & Permit readily available? ☐ Yes ☑ No ☐ NA ☐ NE

20. Does the facility fail to have all components of the CAWMP readily available? If yes, check the appropriate box. ☐ WUP ☐ Checklists ☐ Design ☐ Maps ☐ Other ☐ Yes ☑ No ☐ NA ☐ NE

21. Does record keeping need improvement? If yes, check the appropriate box below. ☐ Yes ☑ No ☐ NA ☐ NE

    ☐ Waste Application ☐ Weekly Freeboard ☐ Waste Analysis ☐ Soil Analysis ☐ Waste Transfers ☐ Annual Certification
    ☐ Rainfall ☐ Stocking ☐ Crop Yield ☐ 120 Minute Inspections ☐ Monthly and 1" Rain Inspections ☐ Weather Code

22. Did the facility fail to install and maintain a rain gauge? ☐ Yes ☑ No ☐ NA ☐ NE
23. If selected, did the facility fail to install and maintain rainbreakers on irrigation equipment? ☐ Yes ☐ No ☑ NA ☐ NE
24. Did the facility fail to calibrate waste application equipment as required by the permit? ☑ Yes ☐ No ☐ NA ☐ NE
25. Did the facility fail to conduct a sludge survey as required by the permit? ☐ Yes ☑ No ☐ NA ☐ NE
26. Did the facility fail to have an actively certified operator in charge? ☐ Yes ☑ No ☐ NA ☐ NE
27. Did the facility fail to secure a phosphorus loss assessment (PLAT) certification? ☐ Yes ☐ No ☑ NA ☐ NE

**Other Issues**

28. Were any additional problems noted which cause non-compliance of the permit or CAWMP? ☐ Yes ☑ No ☐ NA ☐ NE
29. Did the facility fail to properly dispose of dead animals within 24 hours and/or document and report the mortality rates that were higher than normal? ☐ Yes ☑ No ☐ NA ☐ NE
30. At the time of the inspection did the facility pose an odor or air quality concern? If yes, contact a regional Air Quality representative immediately ☐ Yes ☐ No ☐ NA ☑ NE
31. Did the facility fail to notify the regional office of emergency situations as required by General Permit? (ie/ discharge, freeboard problems, over application) ☐ Yes ☑ No ☐ NA ☐ NE
32. Did Reviewer/Inspector fail to discuss review/inspection with an on-site representative? ☐ Yes ☑ No ☐ NA ☐ NE
33. Does facility require a follow-up visit by same agency? ☑ Yes ☐ No ☐ NA ☐ NE

**Additional Comments and/or Drawings:** 4 water control structures at facility

* Facility going to update WUP
* In process of ~~getting~~ change of ownership

Sludge Survey 12-21-10  #1 Thick - 2.9'   #2 Thick - 2.7'
    LTZ - 4.0'   LTZ - 4.4'
#3 Thick - 2.7'   Pump intake - 4.0'   Pump intake - 5.8'
LTZ - 4.3'
Pump intake - 6.0'

Soil Test 12-1-10 w/ highest lime .9 tons
Cu & Zn values w/in range

* No irrigation under new owner - fields to wet
* Going to complete calibration soon
* Need to submit 5-Day POA for lagoon #2 & #3 } going to get new markers for lagoon #2 & #3

Page 3 of 3   ~~Freeboard~~ Records don't correspond w/ Transfers

Case 4:12-cv-00154-D Document 39-3 Filed 10/09/12 Page 4 of 4