# Exhibit 4

Attention: Megan Stilley

From: Donald E Taylor
498 E Pleasant Hill Rd
Pink Hill NC 28572

252 560 3503

JAN 2 6 2011

# PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES

Facility Number: __52-2__  County: __Jones__

Facility Name: __Banks Farm__

Certified Operator Name: __Donald Taylor__  Operator #: __17314__

1. Current liquid level(s) in inches as measured from the current liquid level in the lagoon to the lowest point on the top of the dam for lagoons without spillways; and from the current liquid level in the lagoon to the bottom of the spillway for lagoons with spillways.

|  | Structure 1 | Structure 2 | Structure 3 | Structure 4 | Structure 5 | Structure 6 |
|---|---|---|---|---|---|---|
| Lagoon Name/Identifier (ID): | 1 | 2 | 3 | | | |
| Spillway (Yes or No): | No | No | No | | | |
| Level (inches): | 21 | 18 | 18 | | | |

2. Check all applicable items

___ Liquid level is within the designed structural freeboard elevations of one or more structures. Five and 30 day [...] within [...] acceptable

_X_ Liquid level [...] . A 30 day Plan of Action

___ Waste is to be pumped and [...] t of waste to proposed si [...] a list of the Contact an[...] information. to a site not [...] fer of waste

___ Operation wi [...] tion - attach a co[...] on - if animals a freeboard lev

3. Earliest possible date to begin land application of waste: __1/26/11__

I hereby certify that I have reviewed the information listed above and included within the attached Plan of Action, and to the best of my knowledge and ability, the information is accurate and correct.

__Donald Taylor__  Phone: 252-560-3503
Facility Owner/Manager (print)

__Donald E. Taylor__  Date: 1-26-2011
Facility Owner/Manager (signature)

## II. TOTAL POUNDS OF PAN STORED WITHIN STRUCTURAL FREEBOARD AND/OR 25 YR./24 HR. STORM STORAGE ELEVATIONS IN ALL WASTE STRUCTURES FOR FACILITY

1. Structure ID: _____1 (17-20)_____　　line m = _____56.8_____ lb PAN

2. Structure ID: _____2 (11-16)_____　　line m = _____226.4_____ lb PAN

3. Structure ID: _____3 (1-10)_____　　line m = _____240.7_____ lb PAN

4. Structure ID: _____　　line m = _____ lb PAN

5. Structure ID: _____　　line m = _____ lb PAN

6. Structure ID: _____　　line m = _____ lb PAN

　　　　n. lines 1 + 2 + 3 + 4 + 5 + 6 =　　　　_____523.9_____ lb PAN

## III. TOTAL PAN BALANCE REMAINING FOR AVAILABLE CROPS DURING 30 DAY DRAW DOWN PERIOD. DO NOT LIST FIELDS TO WHICH PAN CANNOT BE APPLIED DURING THIS 30 DAY PERIOD.

| o. tract # | p. field # | q. crop | r. acres | s. remaining IRR 2 PAN balance (lb/acre) | t. TOTAL PAN BALANCE FOR FIELD (lbs.) column r x s | u. application window[1] |
|---|---|---|---|---|---|---|
| | 1 | WHEAT | 1.85 | | | 9/1 - 3/31 |
| | 2 | WHEAT | 2.72 | | | 9/1 - 3/31 |
| | 3 | WHEAT | 4.16 | | | 9/1 - 3/31 |
| | 4 | WHEAT | 5.30 | | | 9/1 - 3/31 |
| | 5 | WHEAT | 4.86 | | | 9/1 - 3/31 |
| | 6 | WHEAT | 4.92 | | | 9/1 - 3/31 |
| | 7 | WHEAT | 4.32 | | | 9/1 - 3/31 |
| | 8 | WHEAT | 4.32 | | | 9/1 - 3/31 |
| | 9 | WHEAT | 4.32 | | | 9/1 - 3/31 |
| | 10 | WHEAT | 4.32 | | | 9/1 - 3/31 |
| | 11 | WHEAT | 4.99 | | | 9/1 - 3/31 |
| | 12 | WHEAT | 4.99 | | | 9/1 - 3/31 |
| | 13 | CORN | 4.81 | 30.00 | 144.3 | 2/15-6/30 |
| | 14 | CORN | 4.81 | 30.00 | 144.3 | 2/15-6/30 |
| | 15 | CORN | 4.24 | 30.00 | 127.2 | 2/15-6/30 |
| | 16 | CORN | 4.24 | 30.00 | 127.2 | 2/15-6/30 |
| | 17 | CORN | 3.98 | 30.00 | 119.4 | 2/15-6/30 |
| | 18 | CORN | 3.98 | 30.00 | 119.4 | 2/15-6/30 |
| | 19 | CORN | 5.08 | 30.00 | 152.4 | 2/15-6/30 |
| | 20 | CORN | 2.18 | | | 2/15-6/30 |
| | 21 | CORN | 2.72 | | | 2/15-6/30 |
| | 22 | CORN | 3.25 | | | 2/15-6/30 |
| | R27-R30 | CORN | 2.53 | 30.00 | 75.9 | 2/15-6/30 |
| | R36-R37 | CORN | 1.26 | 30.00 | 37.8 | 2/15-6/30 |
| | R31-R35 | CORN | 1.58 | 30.00 | 47.4 | 2/15-6/30 |
| | R38-R41 | CORN | 1.26 | 30.00 | 37.8 | 2/15-6/30 |
| | R43-R44 | CORN | 0.63 | 30.00 | 18.9 | 2/15-6/30 |
| | R42 | CORN | 0.63 | 30.00 | 18.9 | 2/15-6/30 |

|   |            |      |      |   |   |           |
|---|------------|------|------|---|---|-----------|
|   | R13-19,R21 | CORN | 5.05 |   |   | 2/15-6/30 |
|   | R1,R5-R12  | CORN | 5.68 |   |   | 2/15-6/30 |
|   | R9-R10     | CORN | 0.63 |   |   | 2/15-6/30 |
|   | R20,R24-26 | CORN | 2.44 |   |   | 2/15-6/30 |
|   | R4         | CORN | 0.47 |   |   | 2/15-6/30 |
|   | R22        | CORN | 0.47 |   |   | 2/15-6/30 |

[1]State current crop ending application date or next crop application beginning date for available receiving crops during 30 day draw down period.

    v. Total PAN available for all fields (sum of column t) =        1170.9 lb. PAN

## IV. FACILITY'S PoA OVERALL PAN BALANCE

    w. Total PAN to be land applied (line n from section II) =        523.9 lb. PAN
    x. Crop's remaining PAN balance (line v from section III) =        1170.9 lb. PAN
    y. Overall PAN balance (w - x) =        -647 lb. PAN

Line y must show as a deficit. If line y does not show as a deficit, list course of action here including pump and haul, depopulation, herd reduction, etc. For pump & haul and herd reduction options, recalculate new PAN based on new information. If new fields are to be included as an option for lowering lagoon level, add these fields to the PAN balance table and recalculate the overall PAN balance. If animal waste is to be hauled to another permitted facility, provide information regarding the herd population and lagoon freeboard levels at the receiving facility.

**NARRATIVE:**

Operation able to meet PAN deficit because ample balances are left on the 2010-2011 wheat. Currently sprayfields are saturated with more rain forcasted within the next 48 hours. Wheat crop was late getting planted because of wet field conditions. Personel from DSWC, DWQ,& NCDA visited farm last week and recommended to apply 30-Lbs of N per ac. at this time. Wheat will need to be revaluated at a later date to determine if more N can be added. Mr. Taylor plans to begin irrigation on 1/26/10 if no more rainfall occur.

Ownership of the farm changed in December 2010. Mr. Donald Taylor is the new owner.

Lagoon level records show on 1/20/11 that lagoon 1 at 21 inches; lagoon 2 at 18 inches; and lagoon 3 at 18 inches.

Lagoon level measurements are based on levels reported by Mr. Donald Taylor. DSWC did not confirm levels due to bio-security. This 30 day Plan of Action prepared by Keith Metts with the Jones Co. SWCD.

# PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES
## 30 DAY DRAW DOWN PERIOD

I. **TOTAL PAN TO BE LAND APPLIED PER WASTE STRUCTURE**

1. Structure Name/Identifier (ID): **1 (17-20)**

2. Current liquid volume in 25 yr./24 hr. storm storage & structural freeboard

   a. current liquid level according to marker — **21.0** inches

   b. designed 25 yr./24 hr. storm & structural freeboard — **19.5** inches

   c. line b - line a (inches in red zone) = **-2** inches

   d. top of dike surface area according to design (area at below structural freeboard elevation) — **49010** ft$^2$

   e. line c/12 x line d x 7.48 gallons/ft$^3$ — **-45824** gallons

3. Projected volume of waste liquid produced during draw down period

   f. temporary storage period according to structural design — **180** days

   g. volume of waste produced according to structural design — **55221.2** ft$^3$

   h. current herd # **2830**   certified herd # **2880**

   actual waste produced = (current herd # / certified herd #) x line g = **54262** ft$^3$

   i. volume of wash water according to structural design — **0** ft$^3$

   j. excess rainfall over evaporation according to design — **29942.5** ft$^3$

   k. (lines h + i + j) x 7.48 x **30** days/line f = **104976** gallons

4. Total PAN to be land applied during draw down period

   l. current waste analysis dated **11/18/2010** — **0.96** lbs/1000 gal.

   m. ((lines e + k)/1000) x line l = **56.8** lbs. PAN

**REPEAT SECTION I FOR EACH WASTE STRUCTURE ON SITE.**
(Click on the next Structure tab shown below)

## PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES
## 30 DAY DRAW DOWN PERIOD

### I. TOTAL PAN TO BE LAND APPLIED PER WASTE STRUCTURE

1. Structure Name/Identifier (ID):    2 (11-16)

2. Current liquid volume in 25 yr./24 hr. storm storage & structural freeboard

   a. current liquid level according to marker     18.0 inches

   b. designed 25 yr./24 hr. storm & structural freeboard     19.5 inches

   c. line b - line a (inches in red zone) =     1.5 inches

   d. top of dike surface area according to design
   (area at below structural freeboard elevation)     111371 ft$^2$

   e. line c/12 x line d x 7.48 gallons/ft$^3$     104132 gallons

3. Projected volume of waste liquid produced during draw down period

   f. temporary storage period according to structural design     180 days

   g. volume of waste produced according to structural design     131871.6 ft$^3$

   h. current herd #   4135    certified herd #   4000

   actual waste produced = (current herd # / certified herd #) x line g =     136322 ft$^3$

   i. volume of wash water according to structural design     0 ft$^3$

   j. excess rainfall over evaporation according to design     87935.9 ft$^3$

   k. (lines h + i + j) x 7.48 x   30   days/line f =     279575 gallons

4. Total PAN to be land applied during draw down period

   l. current waste analysis dated   11/18/2010     0.59 lbs/1000 gal.

   m. ((lines e + k)/1000) x line l =     226.4 lbs. PAN

**REPEAT SECTION I FOR EACH WASTE STRUCTURE ON SITE.**
(Click on the next Structure tab shown below)

## PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES
## 30 DAY DRAW DOWN PERIOD

I. **TOTAL PAN TO BE LAND APPLIED PER WASTE STRUCTURE**

    1. Structure Name/Identifier (ID):    3 (1-10)

    2. Current liquid volume in 25 yr./24 hr. storm storage & structural freeboard

        a. current liquid level according to marker     18.0 inches

        b. designed 25 yr./24 hr. storm & structural freeboard     19.8 inches

        c. line b - line a (inches in red zone) =     1.8 inches

        d. top of dike surface area according to design
        (area at below structural freeboard elevation)     132258 ft$^2$

        e. line c/12 x line d x 7.48 gallons/ft$^3$     148393 gallons

    3. Projected volume of waste liquid produced during draw down period

        f. temporary storage period according to structural design     180 days

        g. volume of waste produced according to structural design     313941.2 ft$^3$

        h. current herd # 385470     certified herd # 768600

        actual waste produced = (current herd # / certified herd #) x line g =     157448 ft$^3$

        i. volume of wash water according to structural design     0 ft$^3$

        j. excess rainfall over evaporation according to design     102159.8 ft$^3$

        k. (lines h + i + j) x 7.48 x 30 days/line f =     323645 gallons

    4. Total PAN to be land applied during draw down period

        l. current waste analysis dated 11/18/2010     0.51 lbs/1000 gal.

        m. ((lines e + k)/1000) x line l =     240.7 lbs. PAN

**REPEAT SECTION I FOR EACH WASTE STRUCTURE ON SITE.**
**(Click on the next Structure tab shown below)**