# Exhibit 5

# PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES

Facility Number: __52__ - __2__  County: __Jones__
Facility Name: __Banks Farm__

Certified Operator Name: __Donald Taylor__   Operator #: __17314__

1. Current liquid level(s) in inches as measured from the current liquid level in the lagoon to the lowest point on the top of the dam for lagoons without spillways; and from the current liquid level in the lagoon to the bottom of the spillway for lagoons with spillways.

|  | Structure 1 | Structure 2 | Structure 3 | Structure 4 | Structure 5 | Structure 6 |
|---|---|---|---|---|---|---|
| Lagoon Name/Identifier (ID): |  |  | 3 |  |  |  |
| Spillway (Yes or No): |  |  | N |  |  |  |
| Level (inches): |  |  | 18 |  |  |  |

2. Check **all** applicable items

   _____ Liquid level is within the designed structural freeboard elevations of one or more structures. Five and 30 day Plans of Action are attached. Hydraulic and agronomic balances are within acceptable ranges.

   __X__ Liquid level is within the 25 year 24 hour storm elevations for one or more structures. A 30 day Plan of Action is attached. Agronomic balance is within acceptable range.

   _____ Waste is to be pumped and hauled to off site locations. Volume and PAN content of waste to pumped and hauled is reflected in section III tables. Included within this plan is a list of the proposed sites with related facility number(s), number acres and receiving crop information. Contact and secure approval from the Division of Water Quality <u>prior to transfer</u> of waste to a site not covered in the facility's certified animal waste management plan.

   _____ Operation will be partially or fully depopulated.
   - attach a complete schedule with corresponding animal units and dates for depopulation
   - if animals are to be moved to another permitted facility, provide facility number, lagoon freeboard levels and herd population for the receiving facility

3. Earliest possible date to begin land application of waste: __9/27/11__

I hereby certify that I have reviewed the information listed above and included within the attached Plan of Action, and to the best of my knowledge and ability, the information is accurate and correct.

_____   Phone: _____
Facility Owner/Manager (print)

_Donald E. Taylor_   Date: __9-27-11__
Facility Owner/Manager (signature)

PoA Cover Page  2/21/00

# PLAN OF ACTION (PoA) FOR HIGH FREEBOARD AT ANIMAL FACILITIES
## 30 DAY DRAW DOWN PERIOD

**I. TOTAL PAN TO BE LAND APPLIED PER WASTE STRUCTURE**

1. Structure Name/Identifier (ID): Donald Taylor 52-2

2. Current liquid volume in 25 yr./24 hr. storm storage & structural freeboard

   a. current liquid level according to marker — 18.0 inches

   b. designed 25 yr./24 hr. storm & structural freeboard — 19.0 inches

   c. line b - line a (inches in red zone) = 1.0 inches

   d. top of dike surface area according to design (area at below structural freeboard elevation) — 132258 ft$^2$

   e. line c/12 x line d x 7.48 gallons/ft$^3$ — 82441 gallons

3. Projected volume of waste liquid produced during draw down period

   f. temporary storage period according to structural design — 180 days

   g. volume of waste produced according to structural design — 313941.2 ft$^3$

   h. current herd # 2500    certified herd # 3140

   actual waste produced = current herd # x line g / certified herd # = 249953 ft$^3$

   i. volume of wash water according to structural design — 0 ft$^3$

   j. excess rainfall over evaporation according to design — 23752 ft$^3$

   k. (lines h + i + j) x 7.48 x **30** days/line f = 341219 gallons

4. Total PAN to be land applied during draw down period

   l. current waste analysis dated 6/17/2011 — 1.80 lbs/1000 gal.

   m. ((lines e + k)/1000) x line l = **762.6** lbs. PAN

**REPEAT SECTION I FOR EACH WASTE STRUCTURE ON SITE.**
(Click on the next Structure tab shown below)

PoA (30 Day) 2/21/00

## II. TOTAL POUNDS OF PAN STORED WITHIN STRUCTURAL FREEBOARD AND/OR 25 YR./24 HR. STORM STORAGE ELEVATIONS IN ALL WASTE STRUCTURES FOR FACILITY

1. Structure ID: _____3_____   line m = __762.6__ lb PAN
2. Structure ID: _____   line m = _____ lb PAN
3. Structure ID: _____   line m = _____ lb PAN
4. Structure ID: _____   line m = _____ lb PAN
5. Structure ID: _____   line m = _____ lb PAN
6. Structure ID: _____   line m = _____ lb PAN

n. lines 1 + 2 + 3 + 4 + 5 + 6 = __762.6__ lb PAN

## III. TOTAL PAN BALANCE REMAINING FOR AVAILABLE CROPS DURING 30 DAY DRAW DOWN PERIOD. DO NOT LIST FIELDS TO WHICH PAN CANNOT BE APPLIED DURING THIS 30 DAY PERIOD.

| o. tract # | p. field # | q. crop | r. acres | s. remaining IRR-2 PAN balance (lb/acre) | t. TOTAL PAN BALANCE FOR FIELD (lbs.) column r x s | u. application window[1] |
|---|---|---|---|---|---|---|
| | R 27-30 | Wheat | 2.53 | 144.00 | 364.3 | 9/1-3/31 |
| | R36-37 | Wheat | 1.26 | 144.00 | 181.4 | 9/1-3/31 |
| | R31-35 | Wheat | 1.58 | 144.00 | 227.5 | 9/1-3/31 |
| | R38-41 | Wheat | 1.26 | 144.00 | 181.4 | 9/1-3/31 |
| | H13 | Wheat | 4.81 | 144.00 | 692.6 | 9/1-3/31 |

[1] State current crop ending application date or next crop application beginning date for available receiving crops during 30 day draw down period.

v. Total PAN available for all fields (sum of column t) = __1647.4__ lb. PAN

## IV. FACILITY'S PoA OVERALL PAN BALANCE

w. Total PAN to be land applied (line n from section II) = __762.6__ lb. PAN
x. Crop's remaining PAN balance (line v from section III) = __1647.4__ lb. PAN
y. Overall PAN balance (w - x) = __-885__ lb. PAN

PoA (30 Day) 2/21/00

Line y must show as a deficit. If line y does not show as a deficit, list course of action here including pump and haul, depopulation, herd reduction, etc. For pump & haul and herd reduction options, recalculate new PAN based on new information. If new fields are to be included as an option for lowering lagoon level, add these fields to the PAN balance table and recalculate the overall PAN balance. If animal waste is to be hauled to another permitted facility, provide information regarding the herd population and lagoon freeboard levels at the receiving facility.

**NARRATIVE:**

Irrigation onto existing spray fields will continue as weather and field conditions permit. Additional land is available for pumping if needed.

PoA (30 Day) 2/21/00