# Exhibit 6

January 28, 2011

Dear Madam & Sirs:

We are responding to your letter sent to us dated 1/11/11 and received by us on 1/18/11. In your letter, you have notified us of your intent to file a citizen suit under Section 505(a) of the CWA and Section 7002 of the SWDA. In your letter, you also stated that should we wish to pursue negotiations in the absence of litigation, we should initiate said negotiations within 20 days. This letter is being addressed to the following people and entities, known as "Parties Giving Notice" in Part IV in your letter, as well as their counsel:

| | |
|---|---|
| Waterkeeper Alliance | Richard Dove |
| 50 South Buckhout Street | 427 Boros Road |
| Suite 302 | New Bern, NC 28560 |
| Irvington, New York 10533 | |
| | |
| Neuse River Foundation | North Carolina Environmental |
| d/b/a Neuse Riverkeeper Foundation | Justice Network |
| Larry Baldwin, Lower Neuse Riverkeeper | PO Box 61 |
| 1307 Country Club Road | Tillery, NC 27887-0061 |
| New Bern, NC 28562 | |

Bethany Davis Noll

Debevoise & Plimpton LLP

919 Third Avenue

New York, NY 10022

This letter is to serve as notice that we would like to resolve this issue in the absence of litigation. We would like to have a meeting in person to fully understand the issues you have with the facility and to explain steps we are taking to clean up and improve the facility from previous management standards. This meeting can be defined as the negotiations mentioned in the letter you sent to us. This meeting can be with one or more of the parties giving notice. Contact should be made using the address and/or phone number provided at the bottom of the letter. If all parties who give notice as defined in the letter sent to us dated 1/11/11 cannot attend, we would request written notice from the absent parties. This written notice should state that the absent parties acknowledge and recognize that said negotiations are taking place in their absence. This written notice should be sent within the next twenty days. Also, it should be understood that we are speaking for only ourselves (Donald & Annie Taylor) in this matter and have had no contact with the former owners of the facility regarding this issue. Accordingly, the parties giving notice should conduct any negotiations with the former owners separately from us.

This letter is not an admission of guilt, and should not be treated as such. We have entered into ownership of this facility, formerly known as the McLawhorn Banks facility, as of 11/23/2010, and, since that time, have operated it correctly and accordingly with the statutes, acts, and laws of both the state of North Carolina and the United States since taking ownership. We would vigorously contest and dispute any claims to the contrary.

We welcome your response.

Sincerely,

*Annie T. Taylor* 1/28/11
*Donald E. Taylor* 1-28-2011

Donald E. Taylor                     Annie T. Taylor

498 E. Pleasant Hill Road

Pink Hill, NC 28572

Phone #: 252-568-4748