# Exhibit 7



## Confidential Settlement Communications
### April 1, 2011

The purpose of this meeting is to discuss the ongoing nature of Clean Water Act and Resource Conservation and Recovery Act violations at Taylor Finishing (formerly "McLawhorn-Banks"). Mr. Donald Taylor requested our presence at this meeting in January 2011. The undersigned parties understand that everything discussed in this meeting is confidential.

"Settlement Communication" means any verbal or written communication made by a participant in this negotiation. Said parties shall use Settlement Communications only to facilitate settlement. Said parties shall not disclose such communications to non-participants.

*[Signatures:]*
Donnie Taylor
Annie Taylor
[signature]
David Anderson
Naeema Muhammad
Gary R. Grant
[signature]
[signature]
[signature]
Bethany Davis Noll
[signature]

Angie B. Taylor
John [signature]
[signature]

112 South Blount Street, # 103
Raleigh, NC 27601
919-856-1180
919-839-0767 fax

P.O. Box 15451
New Bern, NC 28561
www.neuseriver.org

1307 Country Club Road
New Bern, NC 28562
252-637-7972
252-514-0051 fax