# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| North Carolina Environmental Justice Network, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:12-cv-154-D |
| Taylor, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.

Date: 10/10/2012

/s/ Lee Knight Caffery
*Attorney's signature*

Lee Knight Caffery  NC State Bar No. 34767
*Printed name and bar number*

Strauch Fitzgerald & Green, P.C.
118 South Cherry Street
Winston-Salem, NC 27101
*Address*

lcaffery@sfandglaw.com
*E-mail address*

(336) 725-8688
*Telephone number*

(336) 725-8867
*FAX number*