United States District Court
Eastern District of North Carolina (Eastern Division)

| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.** | |
| Plaintiffs, | **Civil Action 4:12-cv-00154** |
| v. | |
| **Mr. Donald Taylor and Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,** | |
| Defendants. | |

**CERTIFICATE OF SERVICE FOR DECLARATION OF BETHANY A. DAVIS NOLL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TAYLOR'S MOTION TO DISMISS, AND ACCOMPANYING EXHIBITS, DATED OCTOBER 9, 2012, PER CLERK'S NOTICE OF OCTOBER 15, 2012**

| | |
|---|---|
| DEBVOISE & PLIMPTON LLP | WATERKEEPER ALLIANCE, INC. |
| Bethany A. Davis Noll | Kelly H. Foster |
| Michael T. Leigh | P.O. Box 4483 |
| 919 Third Avenue | Tulsa, OK 74159 |
| New York, NY 10022 | *Counsel for Plaintiffs Waterkeeper* |
| *Counsel for Plaintiff* | *Alliance, Inc.; Neuse RiverKeeper* |
| *North Carolina Environmental Justice Network* | *Foundation* |
| | |
| | STRAUCH, FITZGERALD & GREEN |
| | Stanley B. Green |
| | Lee Knight Caffery |
| | 118 So. Cherry Street |
| | Winston-Salem, NC 27101 |
| | *Local Civil Rule 83.1 Counsel* |
| | *Counsel for All Plaintiffs* |

# CERTIFICATE OF SERVICE

I, Michael T. Leigh, attorney with Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that, as certified in the Certificate of Service attached to Plaintiffs' Memorandum of Law Opposing Defendant's Motion to Dismiss, dated October 9, 2012, I served the Declaration Of Bethany A. Davis Noll In Support Of Plaintiffs' Opposition To Taylor's Motion To Dismiss, and accompanying exhibits, on the 9th day of October 2012 on the parties shown below as indicated. I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2012

/s/ Michael T. Leigh
Michael T. Leigh, NYS Bar No. 4873394
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
mtleigh@debevoise.com
*Counsel for Plaintiff NCEJN*

*Via CM/ECF:*

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC 28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC 28563
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC 27932
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*