UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**<br><br>Plaintiffs,<br><br>v.<br><br>**Mr. Donald Taylor and Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**<br><br>Defendants. | Civil Action No. 4:12-cv-00154 |

**DECLARATION OF BETHANY A. DAVIS NOLL IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS JUSTIN T. MCLAWHORN AND AARON MCLAWHORN'S MOTION TO DISMISS**

DEBVOISE & PLIMPTON LLP
Bethany A. Davis Noll
Michael T. Leigh
Johanna N. Skrzypczyk *(of counsel)*
919 Third Avenue
New York, NY 10022
*Counsel for Plaintiff*
*North Carolina Environmental Justice Network*

WATERKEEPER ALLIANCE, INC.
Kelly H. Foster
P.O. Box 4483
Tulsa, OK 74159
*Counsel for Plaintiffs Waterkeeper Alliance, Inc. and Neuse Riverkeeper Foundation*

STRAUCH FITZGERALD & GREEN, P.C.
Stanley B. Green
Lee Knight Caffery
118 So. Cherry Street
Winston-Salem, NC 27101
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*

I, Bethany A. Davis Noll, declare as follows:

1. I am associated with the law firm of Debevoise & Plimpton LLP, counsel to Plaintiff North Carolina Environmental Justice Network, and am resident in the firm's New York office.

2. I file this declaration in support of Plaintiffs' Opposition to Defendants Justin T. McLawhorn and Aaron McLawhorn's Motion to Dismiss.

3. In support of this Plaintiffs' Memorandum, I attach true and correct copies of the following exhibits:

| **No.** | **Exhibit** |
|---|---|
| 1. | Certificate of Coverage No. AWG100000. |
| 2. | Findings and Decision and Assessment of Civil Penalties, dated April 20, 2011. |
| 3. | Letter from North Carolina Department of Environment and Natural Resources to Justin T. McLawhorn and Aaron McLawhorn, dated January 10, 2011. |
| 4. | Division of Water Quality Compliance Inspection, dated October 22, 2007. |
| 5. | North Carolina Department of Environment and Natural Resources Notice for Referral for the Banks Farm, Facility Number 52-2, dated September 27, 2007. |
| 6. | North Carolina Secretary of State Administrative Reinstatement, dated September 13, 2012. |
| 7. | Affidavit of Process Server, dated April 25, 2012. |

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 22, 2012

  /s/   Bethany A. Davis Noll|
Bethany A. Davis Noll
NYS Bar No. 4541116
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000
badavisn@debevoise.com
*Counsel to Plaintiffs NCEJN*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law and is admitted to practice in the state of North Carolina, is attorney for plaintiffs, and is a person of such age and discretion as to be competent to serve process.

That on the 22nd day of October he served a copy of the foregoing Declaration of Bethany A. Davis Noll in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants Justin T. McLawhorn and Aaron McLawhorn's Motion to Dismiss, and accompanying exhibits, via electronic filing through the Eastern District of North Carolina CM/ECF system, which will send notification of such filing to the following parties:

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC  28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC  28563
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC  27932
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

 /s/   Stanley B. Green
Stanley B. Green, NC State Bar No. 25539
Strauch Fitzgerald & Green, P.C.
118 So. Cherry St
Winston-Salem, NC  27101
(336) 837-1064
sgreen@sfandglaw.com
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*