# Exhibit 1



## NCDENR
### North Carolina Department of Environment and Natural Resources
### Division of Water Quality

Beverly Eaves Perdue  Coleen H. Sullins  Dee Freeman
Governor  Director  Secretary

February 4, 2011

Donald E. Taylor
Taylor Finishing
498 E Pleasant Hill Rd
Pink Hill, NC 28572

Subject: Certificate of Coverage No. AWS520002
Taylor Finishing
Swine Waste Collection, Treatment,
Storage and Application System
Jones County

Dear Donald E. Taylor:

In accordance with your change of ownership request received on January 19, 2011 and additional information received on January 28, 2011, we are hereby forwarding to you this Certificate of Coverage (COC) issued to Donald E. Taylor, authorizing the operation of the subject animal waste management system in accordance with General Permit AWG100000.

This approval shall consist of the operation of this system including, but not limited to, the management and land application of animal waste as specified in the facility's Certified Animal Waste Management Plan (CAWMP) for the Taylor Finishing, located in Jones County, with a swine animal capacity of no greater than the following annual averages:

| | | |
|---|---|---|
| Wean to Finish: | Feeder to Finish: **10320** | Boar/Stud: |
| Wean to Feeder: **4380** | Farrow to Wean: | Gilts: |
| Farrow to Finish: | Farrow to Feeder: | Other: |

If this is a Farrow to Wean or Farrow to Feeder operation, there may be one boar for each 15 sows. Where boars are unnecessary, they may be replaced by an equivalent number of sows. Any of the sows may be replaced by gilts at a rate of 4 gilts for every 3 sows.

The COC shall be effective from the date of issuance until September 30, 2014, and shall hereby void Certificate of Coverage Number AWS520002 dated October 1, 2009. Pursuant to this COC, you are authorized and required to operate the system in conformity with the conditions and limitations as specified in the General Permit, the facility's CAWMP, and this COC. An adequate system for collecting and maintaining the required monitoring data and operational information must be established for this facility. Any increase in waste production greater than the certified design capacity or increase in number of animals authorized by this COC (as provided above) will require a modification to the CAWMP and this COC and must be completed prior to actual increase in either wastewater flow or number of animals.

<u>Please carefully read this COC and the enclosed State General Permit. Please pay careful attention to the record keeping and monitoring conditions in this permit. Record keeping forms are unchanged with this General Permit. Please continue to use the same record keeping forms.</u>

1636 Mail Service Center, Raleigh, North Carolina 27699-1636
Location: 2728 Capital Blvd., Raleigh, North Carolina 27604
Phone: 919-733-3221 \ FAX: 919-715-0588 \ Customer Service: 1-877-623-6748
Internet: www.ncwaterquality.org
An Equal Opportunity \ Affirmative Action Employer

One NorthCarolina
*Naturally*

If your Waste Utilization Plan (WUP) has been developed based on site-specific information, careful evaluation of future samples is necessary. Should your records show that the current WUP is inaccurate you will need to have a new WUP developed.

The issuance of this COC does not excuse the Permittee from the obligation to comply with all applicable laws, rules, standards, and ordinances (local, state, and federal), nor does issuance of a COC to operate under this permit convey any property rights in either real or personal property.

Per 15A NCAC 2T .0105(h) a compliance boundary is provided for the facility and no new water supply wells shall be constructed within the compliance boundary. Per NRCS standards a 100-foot separation shall be maintained between water supply wells and any lagoon, storage pond, or any wetted area of a spray field.

Please be advised that any violation of the terms and conditions specified in this COC, the General Permit or the CAWMP may result in the revocation of this COC, or penalties in accordance with NCGS 143-215.6A through 143-215.6C including civil penalties, criminal penalties, and injunctive relief.

If you wish to continue the activity permitted under the General Permit after the expiration date of the General Permit, then an application for renewal must be filed at least 180 days prior to expiration.

This COC is not automatically transferable. A name/ownership change application must be submitted to the Division prior to a name change or change in ownership.

If any parts, requirements, or limitations contained in this COC are unacceptable, you have the right to apply for an individual permit by contacting the Animal Feeding Operations Unit for information on this process. Unless such a request is made within 30 days, this COC shall be final and binding.

In accordance with Condition II.22 of the General Permit, waste application shall cease within four (4) hours of the time that the National Weather Service issues a Hurricane Warning, Tropical Storm Warning, or a Flood Watch associated with a tropical system for the county in which the facility is located. You may find detailed watch/warning information for your county by calling the Newport/Morehead City, NC National Weather Service office at (252) 223-5737, or by visiting their website at: www.erh.noaa.gov/er/mhx/

This facility is located in a county covered by our Washington Regional Office. The Regional Office Aquifer Protection Staff may be reached at (252) 946-6481. If you need additional information concerning this COC or the General Permit, please contact the Animal Feeding Operations Unit staff at (919) 733-3221.

Sincerely,

*for* Coleen H. Sullins

Enclosure (General Permit AWG100000)
cc: (Certificate of Coverage only for all ccs)
    Washington Regional Office, Aquifer Protection Section
    Jones County Health Department
    Jones County Soil and Water Conservation District
    APS Central Files (Permit No. AWS520002)
    AFO Notebook File AWS520002
    Murphy-Brown, LLC