# Exhibit 3



## NCDENR
North Carolina Department of Environment and Natural Resources
Division of Water Quality

Beverly Eaves Perdue
Governor

Coleen H. Sullins
Director

Dee Freeman
Secretary

AQUIFER PROTECTION SECTION
January 10, 2011

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
7009 2250 0000 9252 3385

Mr. Justin T. McLawhorn
Mr. Aaron McLawhorn
5909 Highway 17 South
New Bern, North Carolina 28562

RE: Show Cause Meeting
Animal Waste Management System Operator Certificate No. 994544

Dear Mr. McLawhorn:

You are requested to attend a Show Cause Meeting to be held at the Washington Regional Office on January 26, 2010 at 10:30 AM to discuss matters concerning your certification as an Animal Waste Management System Operator. If you received the previous certified letter (700922500000092523347), please disregard the meeting time. The meeting is requested based on operation of the following facility:

McLawhorn Livestock - Banks Facility
Jones County
Facility No. 52-02

On November 19, 2010, Division of Water Quality staff from the Washington Regional Office confirmed the following:

- A History of Inadequate Freeboard Levels
- Excessive Ponding & Hydraulic Overloading
- Irrigation Outside Acceptable Crop Windows
- Failure to Provide Required Records

North Carolina Division of Water Quality
943 Washington Square Mall
Washington, NC 27889

Internet: www.ncwaterquality.org
Phone: 252-946-6481
FAX 252-946-9215

One
NorthCarolina
*Naturally*

An Equal Opportunity/Affirmative Action Employer

Case 4:12-cv-00154-D Document 48-3 Filed 10/22/14 Page 2 of 3

The meeting will allow you an opportunity to explain circumstances related to the operation and reporting requirements for the facility, including, but not limited to the above matters. Please bring all information with you that can be used to demonstrate facility operations and which better explain circumstances at the facility. Such information may include facility records, log sheets, field notes, etc. covering the last year of operation.

Please respond within **five (5) days** of receipt of this letter to acknowledge your desire to discuss this matter. If you fail to respond or do not show for the hearing, the Division of Water Quality will proceed with disciplinary action. If you have any questions regarding this matter, please contact me at *david.may@ncdenr.gov* or 252-948-3939.

Sincerely,

David May
Aquifer Protection Regional Supervisor
Washington Regional Office

cc: Miressa Garoma - DWQ APS AFO - Central Office
    Will Burke - DSWC - Wilmington Regional Office
    Danny Edwards - DSWC - Fayetteville Regional Office
    Jerry Rimmer, Supervisor - DWQ Technical Assistance and Certification Unit
    WaRO - APS