# Exhibit 4

| Facility Number | 52 – 02 |
|---|---|

- ● Division of Water Quality
- ○ Division of Soil and Water Conservation
- ○ Other Agency _____

**Type of Visit:** ● Compliance Inspection  ○ Operation Review  ○ Structure Evaluation  ○ Technical Assistance
**Reason for Visit:** ○ Routine  ○ Complaint  ○ Follow up  ● Referral  ○ Emergency  ○ Other  ☐ Denied Access

Date of Visit: 10-22-07  Arrival Time: ____  Departure Time: ____  County: Jones  Region: WaRO
Farm Name: Banks Farms  Owner Email: ____
Owner Name: ____  Phone: ____
Mailing Address: ____
Physical Address: ____
Facility Contact: Jeff Thomas  Title: ____  Phone No: ____
Onsite Representative: Jeff Thomas  Integrator: PSF
Certified Operator: Frederick A. McLawhorn  Operator Certification Number: 16338
Back-up Operator: Justin T McLawhorn  Back-up Certification Number: 989076
Cecil J. Thomas 16347
Location of Farm: ____  Latitude: __°__'__"  Longitude: __°__'__"

| Swine | Design Capacity | Current Population | Wet Poultry | Design Capacity | Current Population | Cattle | Design Capacity | Current Population |
|---|---|---|---|---|---|---|---|---|
| ☐ Wean to Finish |  |  | ☐ Layer |  |  | ☐ Dairy Cow |  |  |
| ☒ Wean to Feeder | 4380 |  | ☐ Non-Layer |  |  | ☐ Dairy Calf |  |  |
| ☒ Feeder to Finish | 10320 |  |  |  |  | ☐ Dairy Heifer |  |  |
| ☐ Farrow to Wean |  |  | **Dry Poultry** |  |  | ☐ Dry Cow |  |  |
| ☐ Farrow to Feeder |  |  | ☐ Layers |  |  | ☐ Non-Dairy |  |  |
| ☐ Farrow to Finish |  |  | ☐ Non-Layers |  |  | ☐ Beef Stocker |  |  |
| ☐ Gilts |  |  | ☐ Pullets |  |  | ☐ Beef Feeder |  |  |
| ☐ Boars |  |  | ☐ Turkeys |  |  | ☐ Beef Brood Cow |  |  |
| **Other** |  |  | ☐ Turkey Poults |  |  |  |  |  |
| ☐ Other |  |  | ☐ Other |  |  |  |  |  |

Number of Structures: 3

### Discharges & Stream Impacts

1. Is any discharge observed from any part of the operation?  ☐ Yes  ☒ No  ☐ NA  ☐ NE
   Discharge originated at:  ☐ Structure  ☐ Application Field  ☐ Other
   a. Was the conveyance man-made?  ☐ Yes  ☐ No  ☐ NA  ☐ NE
   b. Did the discharge reach waters of the State? (If yes, notify DWQ)  ☐ Yes  ☐ No  ☐ NA  ☐ NE
   c. What is the estimated volume that reached waters of the State (gallons)?  ____
   d. Does discharge bypass the waste management system? (If yes, notify DWQ)  ☐ Yes  ☐ No  ☐ NA  ☐ NE
2. Is there evidence of a past discharge from any part of the operation?  ☐ Yes  ☒ No  ☐ NA  ☐ NE
3. Were there any adverse impacts or potential adverse impacts to the Waters of the State other than from a discharge?  ☐ Yes  ☒ No  ☐ NA  ☐ NE

12/28/04   Continued

| | | |
|---|---|---|
| Facility Number: 52-02 | Date of Inspection | 10-22-07 |

### Waste Collection & Treatment

4. Is storage capacity (structural plus storm storage plus heavy rainfall) less than adequate?  ☐ Yes ☒ No ☐ NA ☐ NE

   a. If yes, is waste level into the structural freeboard?  ☐ Yes ☐ No ☐ NA ☐ NE

| | Structure 1 | Structure 2 | Structure 3 | Structure 4 | Structure 5 | Structure 6 |
|---|---|---|---|---|---|---|
| Identifier: | 1 | 2 | 3 | | | |
| Spillway?: | | | | | | |
| Designed Freeboard (in): | | | | | | |
| Observed Freeboard (in): | 32 | 48 | 64 | | | |

5. Are there any immediate threats to the integrity of any of the structures observed? (ie/ large trees, severe erosion, seepage, etc.)  ☐ Yes ☐ No ☐ NA ☒ NE

6. Are there structures on-site which are not properly addressed and/or managed through a waste management or closure plan?  ☐ Yes ☐ No ☐ NA ☒ NE

**If any of questions 4-6 were answered yes, and the situation poses an immediate public health or environmental threat, notify DWQ**

7. Do any of the structures need maintenance or improvement?  ☐ Yes ☐ No ☐ NA ☒ NE

8. Do any of the stuctures lack adequate markers as required by the permit? (Not applicable to roofed pits, dry stacks and/or wet stacks)  ☐ Yes ☐ No ☐ NA ☒ NE

9. Does any part of the waste management system other than the waste structures require maintenance or improvement?  ☐ Yes ☐ No ☐ NA ☒ NE

### Waste Application

10. Are there any required buffers, setbacks, or compliance alternatives that need maintenance/improvement?  ☐ Yes ☒ No ☐ NA ☐ NE

11. Is there evidence of incorrect application? If yes, check the appropriate box below.  ☐ Yes ☒ No ☐ NA ☐ NE

    ☐ Excessive Ponding  ☐ Hydraulic Overload  ☐ Frozen Ground  ☐ Heavy Metals (Cu, Zn, etc.)
    ☐ PAN  ☐ PAN > 10% or 10 lbs  ☐ Total Phosphorus  ☐ Failure to Incorporate Manure/Sludge into Bare Soil
    ☐ Outside of Acceptable Crop Window  ☐ Evidence of Wind Drift  ☐ Application Outside of Area

12. Crop type(s) _____

13. Soil type(s) _____

14. Do the receiving crops differ from those designated in the CAWMP?  ☐ Yes ☐ No ☐ NA ☒ NE

15. Does the receiving crop and/or land application site need improvement?  ☐ Yes ☐ No ☐ NA ☒ NE

16. Did the facility fail to secure and/or operate per the irrigation design or wettable acre determination?  ☐ Yes ☐ No ☐ NA ☒ NE

17. Does the facility lack adequate acreage for land application?  ☐ Yes ☐ No ☐ NA ☒ NE

18. Is there a lack of properly operating waste application equipment?  ☐ Yes ☐ No ☐ NA ☒ NE

**Comments (refer to question #):** Explain any YES answers and/or any recommendations or any other comments. Use drawings of facility to better explain situations. (use additional pages as necessary):

Reviewer/Inspector Name: Megan H. Stilley   Phone: 948-3947
Reviewer/Inspector Signature: Megan H. Stilley   Date: 10-22-07

Facility Number: 52-02    Date of Inspection: 10-22-07

### Required Records & Documents

19. Did the facility fail to have Certificate of Coverage & Permit readily available?   ☐ Yes ☐ No ☐ NA ☑ NE

20. Does the facility fail to have all components of the CAWMP readily available? If yes, check the appropriate box.   ☐ Yes ☐ No ☐ NA ☑ NE
    ☐ WUP  ☐ Checklists  ☐ Design  ☐ Maps  ☐ Other

21. Does record keeping need improvement? If yes, check the appropriate box below.   ☐ Yes ☐ No ☐ NA ☑ NE
    ☐ Waste Application  ☐ Weekly Freeboard  ☐ Waste Analysis  ☐ Soil Analysis  ☐ Waste Transfers  ☐ Annual Certification
    ☐ Rainfall  ☐ Stocking  ☐ Crop Yield  ☐ 120 Minute Inspections  ☐ Monthly and 1" Rain Inspections  ☐ Weather Code

22. Did the facility fail to install and maintain a rain gauge?   ☐ Yes ☑ No ☐ NA ☐ NE
23. If selected, did the facility fail to install and maintain rainbreakers on irrigation equipment?   ☐ Yes ☐ No ☑ NA ☐ NE
24. Did the facility fail to calibrate waste application equipment as required by the permit?   ☐ Yes ☑ No ☐ NA ☐ NE
25. Did the facility fail to conduct a sludge survey as required by the permit?   ☐ Yes ☑ No ☐ NA ☐ NE
26. Did the facility fail to have an actively certified operator in charge?   ☐ Yes ☑ No ☐ NA ☐ NE
27. Did the facility fail to secure a phosphorus loss assessment (PLAT) certification?   ☐ Yes ☐ No ☑ NA ☐ NE

### Other Issues

28. Were any additional problems noted which cause non-compliance of the permit or CAWMP?   ☐ Yes ☑ No ☐ NA ☐ NE
29. Did the facility fail to properly dispose of dead animals within 24 hours and/or document and report the mortality rates that were higher than normal?   ☐ Yes ☑ No ☐ NA ☐ NE
30. At the time of the inspection did the facility pose an odor or air quality concern? If yes, contact a regional Air Quality representative immediately   ☐ Yes ☐ No ☐ NA ☑ NE
31. Did the facility fail to notify the regional office of emergency situations as required by General Permit? (ie/ discharge, freeboard problems, over application)   ☐ Yes ☑ No ☐ NA ☐ NE
32. Did Reviewer/Inspector fail to discuss review/inspection with an on-site representative?   ☐ Yes ☑ No ☐ NA ☐ NE
33. Does facility require a follow-up visit by same agency?   ☐ Yes ☑ No ☐ NA ☐ NE

**Additional Comments and/or Drawings:**

Pull #16  corn  PAN 79.41  -4.67  } less than 10%
    #20  corn  PAN 76.37   5.86  }
    #21  corn  PAN 91.31   8.79  } 197 GPM on IRR-2

Waste Analysis 3-2-07  #1-1.2  #2-.89  #3-.86
Calibration 8-2-06 w/ 197 GPM
↳ used 245 GPM, but the solid set calibrated at 197 GPM. When new flow rate put into IRR-2 no overapplication greater than 10% occured.

Case 4:12-cv-00154-D  Document 43-4  Filed 10/22/12  Page 4 of 4

12/28/04