# Exhibit 7

# Affidavit of Process Server

_____
(NAME OF COURT)

CWA , SWDA  vs  Aaron Mclawhorn  _____
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER

I **Tony Robinson**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Aaron Mclawhorn**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Notice Of Intent to Sue**

by leaving with _____  _____  At
NAME                                 RELATIONSHIP

☐ Residence _____  _____
ADDRESS                              CITY / STATE

☑ Business  **5909 Mclawhorn Farms, INC**    **New Bern**
ADDRESS                              CITY / STATE

On  **4-27-2012**  AT  **1:15 pm**
DATE                  TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from _____
CITY        STATE          ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1) **4-27-2012**  **1:15 pm**   (2) _____
DATE        TIME              DATE       TIME

(3) _____  (4) _____  (5) _____
DATE  TIME        DATE  TIME         DATE  TIME

**Description:.** Age **55**  Sex **M**  Race **w**  Height **5'9**  Weight **160**  Hair **brown**  Beard **no**  Glasses **Yes**

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _____ day of **April**, 20**12**, by **Tony Robinson**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **North Carolina**
Commission expires: **10-18-2012**

# Affidavit of Process Server

_____
(NAME OF COURT)

CWA , SWDA    vs   Justin Mclawhorn                                    
PLAINTIFF/PETITIONER      DEFENDANT/RESPONDENT      CASE NUMBER

I, **Tony Robinson**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served   **Justin Mclawhorn** 
NAME OF PERSON / ENTITY BEING SERVED

with (list documents)   **Notice Of Intent to Sue**

by leaving with   **Aaron Mclawhorn**       **Father**      At
                    NAME                       RELATIONSHIP

☐ Residence _____
                ADDRESS                  CITY / STATE

☒ Business **5909 Mclawhorn Farms, INC**       **New Bern**
                ADDRESS                  CITY / STATE

On   **4-27-2012**           AT   **1:15 pm**
      DATE                         TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                                                                                        DATE

from _____
     CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of **18** and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant     ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) **4-27-2012**    **1:15 pm**      (2) _____
                                                                   DATE          TIME               DATE        TIME

(3) _____ (4) _____ (5) _____
    DATE    TIME           DATE    TIME           DATE    TIME

**Description:.** Age **55**    Sex **M**    Race **W**    Height **5'9**    Weight **160**    Hair **brown**   Beard **no**    Glasses **Yes**

_Tony Robinson_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **30th** day of **April**, 20**12** by **Tony Robinson**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Patricia A. Best_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **North Carolina**
commission expires: **10-18-2012**

Case 4:12-CV-00154   NATIONAL DOCUMENT OF PROFESSIONAL PROCESS SERVERS   Page 3 of 3