United States District Court
Eastern District of North Carolina – Eastern Division

North Carolina Environmental Justice
Network, Neuse Riverkeeper Foundation,
Inc., and Waterkeeper Alliance, Inc.

                                Plaintiffs,

          v.

Mr. Donald Taylor and Ms. Annie Taylor,
individually and d/b/a Taylor Finishing, Mr.
Justin T. McLawhorn, and Mr. Aaron
McLawhorn,

                                Defendants.

Civil Action No. 4:12-cv-00154

MOTION FOR LEAVE TO FILE A
SECOND AMENDED COMPLAINT
Fed. R. Civ. P. 15

Plaintiffs North Carolina Environmental Justice Network, Waterkeeper Alliance, Inc.,

and Neuse River Foundation, Inc., by and through their undersigned attorneys, and upon the

accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File a Second

Amended Complaint, hereby move the Court pursuant to Fed. R. Civ. P. 15 for leave to file a

Second Amended Complaint to add the McLawhorn Livestock Farm, Inc. as a defendant in the

above-captioned action.

/s/   Michael T. Leigh
Bethany A. Davis Noll, NY State Bar No. 4541116
Michael T. Leigh, NY State Bar No. 4873394
Johanna N. Skrzypczyk, NY State Bar
No. 4918371 *(of counsel)*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000
badavisn@debevoise.com
mtleigh@debevoise.com
jnskrzypczyk@debevoise.com
*Counsel for Plaintiff NCEJN*

 /s/   Kelly H. Foster
Kelly H. Foster, OK State Bar No. 17067
Waterkeeper Alliance
P.O. Box 4483
Tulsa, OK  74159
(918) 619-9073
kfoster@waterkeeper.org
*Counsel for Plaintiffs Waterkeeper*
*Alliance, Inc. and Neuse Riverkeeper*
*Foundation*

 /s/   Stanley B. Green
Stanley B. Green, NC State Bar No.
25539
Lee Knight Caffery. NC State Bar No.
34767
Strauch Fitzgerald & Green
530 North Trade Street, Suite 303
Winston-Salem, NC  27101
(336) 725-8688
sgreen@sfandglaw.com
lcaffery@sfandglaw.com
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*

## Certificate of Service

The undersigned hereby certifies that he is an attorney at law and is admitted to practice in the state of North Carolina, is attorney for plaintiffs, and is a person of such age and discretion as to be competent to serve process.

That on the 28th day of November he served a copy of the foregoing Motion for Leave to File a Second Amended Complaint via electronic filing through the Eastern District of North Carolina CM/ECF system, which will send notification of such filing to the following parties:

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC 28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC 28563
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC 27932
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

 /s/  Stanley B. Green
Stanley B. Green, NC State Bar No. 25539
Strauch Fitzgerald & Green
530 North Trade Street, Suite 303
Winston-Salem, NC 27101
(336) 725-8688
sgreen@sfandglaw.com
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*