United States District Court
Eastern District of North Carolina – Eastern Division

| | |
|---|---|
| North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.<br><br>        Plaintiffs,<br><br>      v.<br><br>Mr. Donald Taylor and Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,<br><br>        Defendants. | Civil Action 4:12-cv-00154 |

**CERTIFICATE OF SERVICE FOR PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ANNIE TAYLOR'S MOTION TO DISMISS, DATED DECEMBER 3, 2012, PER CLERK'S NOTICE OF DECEMBER 4, 2012**

| | |
|---|---|
| DEBVOISE & PLIMPTON LLP<br>Bethany A. Davis Noll<br>Michael T. Leigh<br>Johanna N. Skrzypczyk (*of counsel*)<br>919 Third Avenue<br>New York, NY 10022<br>*Counsel for Plaintiff*<br>*North Carolina Environmental Justice Network* | WATERKEEPER ALLIANCE, INC.<br>Kelly H. Foster<br>P.O. Box 4483<br>Tulsa, OK 74159<br>*Counsel for Plaintiffs Waterkeeper Alliance, Inc.; Neuse Riverkeeper Foundation*<br><br>STRAUCH, FITZGERALD & GREEN<br>Stanley B. Green<br>Lee Knight Caffery<br>530 North Trade Street, Suite 303<br>Winston-Salem, NC 27101<br>*Local Civil Rule 83.1 Counsel*<br>*Counsel for All Plaintiffs* |

# CERTIFICATE OF SERVICE

I, Bethany A. Davis Noll, attorney with Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that, I served Plaintiffs' Memorandum of Law in Opposition To Defendant Annie Taylor's Motion To Dismiss on the 3rd day of December 2012 on the parties shown below as indicated. I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2012

    /s/   Bethany A. Davis Noll
Bethany A. Davis Noll, NYS Bar No. 4541116
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
badavisn@debevoise.com
*Counsel for Plaintiff NCEJN*

*Via CM/ECF:*

| | |
|---|---|
| Donalt J. Eglinton<br>Frank H. Sheffield<br>Amy P. Wang<br>Smith & Ward, P.A.<br>P.O. Box 867<br>New Bern, NC 28563<br>*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing* | John W. King<br>Stubbs & Perdue, P.A.<br>P.O. Box 1654<br>New Bern, NC 28563<br>*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*<br><br>Lars P. Simonsen<br>Simonson Law Firm, P.A.<br>P.O. Box 848<br>Edenton, NC 27932<br>*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn* |