# EXHIBIT 3
(Waterkeeper Alliance, Inc.
v. Alan Kristin Hudson Farm et al.,
WMN-10-487, Document 210)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC. | * |
| | * |
| v. | * |
| | *  Civil Action No. WMN-10-487 |
| ALAN HUDSON et al. | * |
| | * |

* * * * * * * * * * * * * * *

## ORDER

In accordance with the accompanying Findings of Fact and Conclusions of Law, and for the reasons stated therein, IT IS this 20th day of December, 2012, by the United States District Court for the District of Maryland, ORDERED:

1) That judgment is entered in favor of Defendants, Alan Hudson and Perdue Farms, Inc., and against Plaintiff, Waterkeeper Alliance, Inc.;

2) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58;

3) That this action is hereby CLOSED; and

4) That the Clerk of the Court shall transmit a copy of the Findings of Fact and Conclusions of Law and this Order to all counsel of record.

                              /s/
                        William M. Nickerson
                        Senior United States District Judge

2