# EXHIBIT 6
## (Administrative Reinstatement of the Corporation by the NC Dept. of the Secretary of State)



# NORTH CAROLINA
# Department of the Secretary of State

To all whom these presents shall come, Greetings:

I, Elaine F. Marshall, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

## ADMINISTRATIVE REINSTATEMENT

## OF

## MCLAWHORN LIVESTOCK FARM, INC.

the original of which was filed in this office on the 10th day of September, 2012.




Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 13th day of September, 2012.

*Elaine F. Marshall*

Secretary of State

Certification# C201225400669-1  Reference# C201225400669-1  Page: 1 of 2
Verify this certificate online at www.secretary.state.nc.us/verification

```
SOSID: 0092898
Date Filed: 9/10/2012 2:29:00 PM
Effective: 12/15/2010
Elaine F. Marshall
North Carolina Secretary of State
C201225400669
```

# State of North Carolina
# Department of the Secretary of State

## APPLICATION FOR REINSTATEMENT FOLLOWING ADMINISTRATIVE DISSOLUTION

Pursuant to §55-14-22 of the North Carolina General Statutes, the undersigned corporation hereby submits this Application for Reinstatement Following Administrative Dissolution.

1. The name of the applicant corporation is:
   McLawhorn Livestock Farm, Inc.

2. The effective date of the administrative dissolution of the applicant corporation was:
   December 15, 2010

3. The ground or grounds for administrative dissolution of the applicant corporation as stated in its Certificate of Dissolution was or were:
   failure to file annual reports

4. Complete either (a) or (b) as appropriate:

   (a) The grounds stated above for the administrative dissolution of the applicant corporation did not exist. (Insert brief explanation.)

   (b) The grounds stated above for the administrative dissolution of the applicant corporation have been eliminated. (Insert brief explanation.)
   Annual reports have now been filed

5. Enclosed is a fee of $100 as required by §55-1-22 of the North Carolina General Statutes.

This is the 4th day of September, 20 12.

McLawhorn Livestock Farm, Inc.
*(Name of Applicant Corporation)*

*(Signature)*

Aaron McLawhorn, Vice President
*(Type or Print Name and Title)*

NOTES:
1. The filing fee for this Application is $100.
2. This application must be filed with the Secretary of State.
*(Revised January 2000)*                                                                 *(Form B-08)*
CORPORATIONS DIVISION          P.O. BOX 29622          RALEIGH, NC 27626-0622