| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**<br><br>       Plaintiffs,<br><br>    v.<br><br>**Taylor Finishing, Inc., Mr. Donald Taylor, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**<br><br>       Defendants. | **Civil Action No. 4:12-cv-154<br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

  PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, NY 10022, is authorized to practice in this court pursuant to Local Rule 83.1, and hereby appears in the case captioned above on behalf of Plaintiff North Carolina Environmental Justice Network.  The undersigned respectfully requests that notice of electronic filing of all papers in the action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

            Debevoise & Plimpton LLP

            By: /s/ Johanna N. Skrzypczyk
               Johanna N. Skrzypczyk
               919 Third Avenue
               New York, NY  10022
               (212) 909-6000
               jnskrzypczyk@debevoise.com
               New York State Bar No. 4918371
               *Attorney for Plaintiff NCEJN*

/s/ Stanley B. Green
Strauch Fitzgerald & Green
118 So. Cherry St
Winston-Salem, NC  27101
(336) 837-1064
sgreen@sfandglaw.com
North Carolina State Bar No. 25539
*Local Civil Rule 83.1 Counsel*
*Counsel for All Plaintiffs*

TO:

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC  28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC  28563
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC  27932
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*

# CERTIFICATE OF SERVICE

I, Johanna N. Skrzypczyk, attorney with Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, certify: That I am, and at all times hereinafter mentioned was, an attorney admitted to practice in the state of New York, more than eighteen (18) years of age, and that, I served the aforementioned Notice of Appearance on the 29th day of January 2013 on the parties shown below by ECF.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 29th day of January 2013

    /s/ Johanna N. Skrzypczyk
Johanna N. Skrzypczyk, New York State Bar No. 4918371
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
jnskrzypczyk@debevoise.com
*Counsel for Plaintiff NCEJN*

*Via CM/ECF:*

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC 28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC 28563
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC 27932
*Counsel for Defendants Justin McLawhorn and Aaron McLawhorn*