| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**Mr. Donald Taylor, Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**<br><br>    **Defendants.** | **MOTION TO WITHDRAW** |

NOW COMES undersigned counsel, Bethany Davis Noll, Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 83.1(g), and hereby moves the Court to permit her to withdraw as counsel for Plaintiff North Carolina Environmental Justice Network. The law firm of Debevoise & Plimpton, LLP, has and will continue to represent Plaintiff North Carolina Environmental Justice Network.

WHEREFORE, undersigned counsel respectfully requests permission to withdraw as counsel for Plaintiff North Carolina Environmental Justice Network and be removed from the CM/ECF service list for this matter; and submits the attached proposed order for the Court's convenience. This the 30th day of January, 2013.

      /s/ Bethany Davis Noll
      Bethany A. Davis Noll, NYS Bar No. 4541116
      Debevoise & Plimpton LLP
      919 Third Avenue
      New York, NY 10022
      (212) 909-6000; badavisn@debevoise.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA (EASTERN DIVISION)
### No. 4:12-CV-154-D

|  |  |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.** | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **Mr. Donald Taylor, Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,** | |
| **Defendants.** | |

The Court, having reviewed this Motion to Withdraw has determined that the Motion is just and proper, and that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw be GRANTED and that Bethany Davis Noll is hereby withdrawn as counsel for Defendants and should be removed from the electronic filing service list for this matter.

This the _____ day of _____, 2013.

_____
Chief U.S. District Judge James C. Dever, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an attorney at law and is admitted to practice pro hac vice in the state of North Carolina, is attorney for plaintiffs, and is a person of such age and discretion as to be competent to serve process.

That on January 30, 2013, she served a copy of the foregoing Motion and Proposed Order via electronic filing through the Eastern District of North Carolina CM/ECF system, which will send notification of such filing to the following parties:

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC  28563
*Counsel for Defendants Donald Taylor*
*and Annie Taylor, individually, and d/b/a*
*Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC  28563
*Counsel for Defendants McLawhorn*
*Livestock Farm, Inc., Justin McLawhorn,*
*and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC  27932
*Counsel for Defendants McLawhorn*
*Livestock Farm, Inc., Justin McLawhorn,*
*and Aaron McLawhorn*


 /s/   Bethany A. Davis Noll
Bethany A. Davis Noll, NY State Bar No. 4541116
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000
badavisn@debevoise.com
*Counsel for Plaintiff NCEJN*