UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (EASTERN DIVISION)
No. 4:12-CV-154-D

| | |
|---|---|
| North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Mr. Donald Taylor, Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,<br><br>Defendants. | ORDER |

The Court, having reviewed this Motion to Withdraw has determined that the Motion is just and proper, and that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw be GRANTED and that Bethany Davis Noll is hereby withdrawn as counsel for Defendants and should be removed from the electronic filing service list for this matter.

This the __1__ day of __February__, 2013.

_____
Chief U.S. District Judge James C. Dever, III