UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (EASTERN DIVISION)
No. 4:12-CV-154-D

| | |
|---|---|
| **North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.** | |
| Plaintiffs, | |
| v. | MOTION TO WITHDRAW |
| **Mr. Donald Taylor, Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,** | |
| Defendants. | |

NOW COMES undersigned counsel, Chinelo Dike-Minor, Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 83.1(g), and hereby moves the Court to permit her to withdraw as counsel for Plaintiff North Carolina Environmental Justice Network. As of March 8, 2013, Ms. Dike-Minor will no longer be associated with the law firm of Debevoise & Plimpton, LLP. The law firm of Debevoise & Plimpton, LLP, has and will continue to represent Plaintiff North Carolina Environmental Justice Network.

WHEREFORE, undersigned counsel respectfully requests permission to withdraw as counsel for Plaintiff North Carolina Environmental Justice Network and be removed from the CM/ECF service list for this matter; and submits the attached proposed order for the Court's convenience. This the 6th day of March, 2013.

/s/ Chinelo Dike-Minor
Chinelo Dike-Minor, NYS Bar No. 4564787
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000; cedike@debevoise.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (EASTERN DIVISION)
No. 4:12-CV-154-D

**North Carolina Environmental Justice Network, Neuse Riverkeeper Foundation, Inc., and Waterkeeper Alliance, Inc.**

        **Plaintiffs,**

v.

**Mr. Donald Taylor, Ms. Annie Taylor, individually and d/b/a Taylor Finishing, Mr. Frederick A. McLawhorn, Mr. Justin T. McLawhorn, and Mr. Aaron McLawhorn,**

        **Defendants.**

**ORDER**

The Court, having reviewed this Motion to Withdraw has determined that the Motion is just and proper, and that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw be GRANTED and that Chinelo Dike-Minor is hereby withdrawn as counsel for Plaintiff North Carolina Environmental Justice Network and should be removed from the electronic filing service list for this matter.

This the _____ day of _____, 2013.

                                                                  _____
                                                                  Chief U.S. District Judge James C. Dever, III

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an attorney at law and is admitted to practice pro hac vice in the state of North Carolina, is attorney for plaintiffs, and is a person of such age and discretion as to be competent to serve process.

That on March 6, 2013, she served a copy of the foregoing Motion and Proposed Order via electronic filing through the Eastern District of North Carolina CM/ECF system, which will send notification of such filing to the following parties:

Donalt J. Eglinton
Frank H. Sheffield
Amy P. Wang
Smith & Ward, P.A.
P.O. Box 867
New Bern, NC  28563
*Counsel for Defendants Donald Taylor and Annie Taylor, individually, and d/b/a Taylor Finishing*

John W. King
Stubbs & Perdue, P.A.
P.O. Box 1654
New Bern, NC  28563
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

Lars P. Simonsen
Simonson Law Firm, P.A.
P.O. Box 848
Edenton, NC  27932
*Counsel for Defendants McLawhorn Livestock Farm, Inc., Justin McLawhorn, and Aaron McLawhorn*

/s/   Chinelo Dike-Minor
Chinelo Dike-Minor, NYS Bar No. 4564787
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000
cedike@debevoise.com
*Counsel for Plaintiff NCEJN*