IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TAYLOR and ANNIE TAYLOR, individually and d/b/a TAYLOR FINISHING, JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, <br><br> Defendants. | **ORDER** |

On May 30, 2013, defendants filed a motion to dismiss [D.E. 71]. See Fed. R. Civ. P. 12(b)(1), 12(b)(6). On June 21, 2013, plaintiffs responded in opposition [D.E. 73].

The court has reviewed the second amended complaint and the record in light of the governing standards, the motion to dismiss [D.E. 71] is DENIED.

SO ORDERED. This _26_ day of August 2013.

JAMES C. DEVER III
Chief United States District Judge