IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL )<br>JUSTICE NETWORK, NEUSE )<br>RIVERKEEPER FOUNDATION, INC., )<br>and WATERKEEPER ALLIANCE, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD TAYLOR and )<br>ANNIE TAYLOR, individually and )<br>d/b/a TAYLOR FINISHING, )<br>JUSTIN T. MCLAWHORN, and )<br>AARON MCLAWHORN, )<br>)<br>Defendants. ) | **ORDER** |

On May 30, 2013, defendants filed a motion to dismiss [D.E. 71]. See Fed. R. Civ. P. 12(b)(1), 12(b)(6). On June 21, 2013, plaintiffs responded in opposition [D.E. 73].

The court has reviewed the second amended complaint and the record in light of the governing standards, the motion to dismiss [D.E. 71] is DENIED.

SO ORDERED. This __26__ day of August 2013.

JAMES C. DEVER III
Chief United States District Judge