IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:12-cv-154-D

NORTH CAROLINA ENVIRONMENTAL      )
JUSTICE NETWORK, NEUSE            )
RIVERKEEPER FOUNDATION, INC., and )
WATERKEEPER ALLIANCE, INC.,       )
      Plaintiffs,                )
                                 )        NOTICE OF MEDIATOR
      v.                         )          DESIGNATION
                                 )
MR. DONALD TAYLOR and MS. ANNIE   )
TAYLOR, individually and d/b/a Taylor )
Finishing, MCLAWHORN LIVESTOCK    )
FARM, INC., MR. JUSTIN T.         )
MCLAWHORN, and MR. AARON          )
MCLAWHORN,                        )
      Defendants.                )

Pursuant to the Scheduling Order entered on November 19, 2013 (Docket #81),

the parties collectively, acting through counsel, represent to the Court that they have selected

Robert A. Beason, Esq. to serve as mediator in the pending action.  Mr. Beason has been

contacted and has agreed to serve.

This the 10th day of December, 2013.

                */s/Donalt J. Eglinton*
                Donalt J. Eglinton
                N.C. State Bar I.D. No.:  010314
                email:  dje@wardandsmith.com
                Amy P. Wang
                N.C. State Bar I.D. No.:  023322
                email:  apw@wardandsmith.com
                Ward and Smith, P.A.
                Post Office Box 867
                New Bern, NC  28563-0867
                Telephone:  252.672.5400
                Facsimile:  252.672.5477
                Attorneys for Defendants Donald Taylor and
                  Annie Taylor, individually and d/b/a Taylor Finishing

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2013, I electronically filed a NOTICE OF MEDIATOR DESIGNATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  John W. King, Jr., Esq., Lars P. Simonsen, Esq., Stanley B. Green, Esq., Lee Knight Caffery, Esq., Michael T. Leigh, Esq., Kelly H. Foster, Esq., and Johanna N. Skrzypczyk.

*/s/Donalt J. Eglinton*
Donalt J. Eglinton
N.C. State Bar I.D. No.:  010314
email:  dje@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  252.672.5400
Facsimile:  252.672.5477
Attorneys for Defendants Donald Taylor and
  Annie Taylor, individually and d/b/a Taylor Finishing

040232-00002
ND: 4849-6510-7479, v. 1