IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:12-CV-154-D

| | |
|---|---|
| North Carolina Environmental Justice Network, et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER APPOINTING MEDIATOR** |
| Mr. Donald Taylor, et al., ) ) | |
| Defendants. ) | |

It appearing to the Court that counsel for the parties have selected Robert A. Beason, to serve as their mediator.

IT IS ORDERED, pursuant to Local Rule 101.1c(a), that Robert A. Beason, is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 101.1e.

Let copies of this order be sent to counsel for the parties and to the mediator.

This the 11th day of December 2013.

/s/ *Julie A. Richards*
Clerk of Court