IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-00154-D

| | | |
|---|---|---|
| NORTH CAROLINA ENVIRONMENTAL JUSTICE NETWORK, NEUSE RIVERKEEPER FOUNDATION, INC., and WATERKEEPER ALLIANCE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | DEFENDANTS MCLAWHORN LIVESTOCK FARM, INC., JUSTIN T. MCLAWHORN, AND AARON MCLAWHORN'S MOTION FOR EXTENSION OF TIME |
| vs. | ) ) | |
| DONALD TAYLOR and MS. ANNIE TAYLOR, individually and d/b/a TAYLOR FINISHING, MCLAWHORN LIVESTOCK FARM, INC., JUSTIN T. MCLAWHORN, and AARON MCLAWHORN, | ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW Defendants McLawhorn Livestock Farm, Inc., Justin T. McLawhorn and Aaron McLawhorn (referred to collectively as "Defendants"), by and through the undersigned counsel, and hereby move the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order extending the time to and including March 24, 2014 in which to respond to Plaintiff's First Set of Requests for Production of Documents to Defendants J. McLawhorn, A. McLawhorn, and McLawhorn Livestock Farm, Inc. In support of this Motion, Defendants show unto the Court as follows:

1.     Defendants were served with Plaintiff's First Set of Requests for Production of Documents to Defendants J. McLawhorn, A. McLawhorn, and McLawhorn Livestock Farm, Inc. ("Plaintiff's Discovery Requests") on January 22, 2014.

2.     Defendants' deadline to respond to Plaintiffs' Discovery Requests is February 21, 2014.

3.     Defendants' time for responding to Plaintiffs' Discovery Requests has not yet expired.

4.    Defendants request an additional thirty (30) days or until March 24, 2014 to respond to Plaintiffs' Discovery Requests.

5.    Plaintiffs' counsel consent to the requested extension of time.

WHEREFORE, Defendants McLawhorn Livestock Farm, Inc., Justin T. McLawhorn and Aaron McLawhorn request that the Court grant an extension of time to respond to Plaintiffs' Discovery Requests, to and including March 24, 2014.

This 21st day of February, 2014.

/s/ John W. King, Jr.
JOHN W. KING, Jr.
N.C. State Bar No. 9306
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, North Carolina 28563-1654
Telephone:  (252) 633-2700
Facsimile:  (252) 633-9600
Email:  jking@stubbsperdue.com
*Attorney for Defendants McLawhorn Livestock Farm, Inc., Justin T. Mclawhorn, and Aaron McLawhorn*

/s/ Lars P. Simonsen
Lars P. Simonsen
N. C. Bar No. 17602
SIMONSEN LAW FIRM, P.C.
Post Office Box 848
Edenton, NC  27932
Telephone: (252) 482-2175
Facsimile: (252) 482-1355
E-mail: lars@simonsenlawfirm.com
*Attorney for Defendants McLawhorn Livestock Farm, Inc., Justin T. Mclawhorn, and Aaron McLawhorn*

<u>**CERTIFICATE OF SERVICE**</u>

I, John W. King, Jr. Post Office Box 1654, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 21st day of February, 2014, I served copies of the foregoing pleading on the parties shown below as indicated. I certify under penalty of perjury that the foregoing is true and correct.

This 21st day of February, 2014.

/s/ John W. King, Jr.
JOHN W. KING, Jr.
N.C. State Bar No. 9306
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, North Carolina 28563-1654
Telephone: (252) 633-2700
Facsimile: (252) 633-9600
Email: jking@stubbsperdue.com
*Attorney for Defendants McLawhorn Livestock
Farm, Inc., Justin T. Mclawhorn, and Aaron
McLawhorn*

*Via CM/ECF:*

| | |
|---|---|
| Stanley B. Green | Amy P. Wang |
| Strauch Green & Mistretta, P.C. | Frank H. Sheffield, Jr. |
| 530 North Trade Street, Suite 303 | Donalt J. Eglington |
| Winston-Salem, NC 27101 | Ward and Smith, P.A. |
| *Attorney for Plaintiffs North Carolina* | PO Box 867 |
| *Environmental Justice Network,* | New Bern, NC 28563-0867 |
| *Waterkeeper Alliance, Inc. and Neuse* | *Attorneys for Defendants Donald Taylor,* |
| *Riverkeeper Foundation, Inc.* | *Annie, Taylor, individually and d/b/a Taylor* |
| | *Finishing, Inc* |