IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-00154-D

| | |
|---|---|
| NORTH CAROLINA ENVIRONMENTAL )<br>JUSTICE NETWORK, NEUSE )<br>RIVERKEEPER FOUNDATION, INC., )<br>and WATERKEEPER ALLIANCE, INC., )<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>DONALD TAYLOR and MS. ANNIE )<br>TAYLOR, individually and d/b/a TAYLOR )<br>FINISHING, MCLAWHORN LIVESTOCK)<br>FARM, INC., JUSTIN T. MCLAWHORN, )<br>and AARON MCLAWHORN, )<br>    Defendants. ) | ORDER |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants McLawhorn Livestock Farm, Inc., Justin T. McLawhorn and Aaron McLawhorn's Motion for Extension of Time is GRANTED, and Defendants are given to and including March 24, 2014 within which to respond to Plaintiff's First Set of Requests for Production of Documents to Defendants J. McLawhorn, A. McLawhorn, and McLawhorn Livestock Farm, Inc.

Dated: _____, 2014.

 

_____
_____, Clerk
United States District Court
Eastern District of North Carolina