IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-154-D

NORTH CAROLINA ENVIRONMENTAL )
JUSTICE NETWORK, et al., )
)
                Plaintiffs, )
)
v. )        **ORDER**
)
DONALD TAYLOR, et al., )
)
                Defendants. )

On May 18, 2015, defendants Donald Taylor and Annie Taylor, individually and d/b/a Taylor Finishing, filed a notice of bankruptcy filing [D.E. 163] in this court. Pursuant to 11 U.S.C. § 362, the action in this court is STAYED pending resolution of the bankruptcy case. Parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

SO ORDERED. This _3_ day of June 2015.

                                              JAMES C. DEVER III
                                              Chief United States District Judge